**In the Matter of**
**United States Commodity Futures Trading Commission vs.**
**Igor Oystacher and 3Red Trading, LLC**

REBUTTAL TO THE REPORTS OF

Daniel R. Fischel and Jerry W. Markham

**HENDRIK BESSEMBINDER**

I.    **OVERVIEW**

1.      I was asked by the CFTC Division of Enforcement to respond to the reports filed in this matter by Daniel R. Fischel and Jerry W. Markham.[1]  I was also asked to evaluate data regarding Mr. Oystacher's trading on February 1 and 2, 2016, in the CME 10-Year Treasury Note futures contract.

2.      In my report previously filed in this matter I describe a pattern of conduct that holds across time periods and markets and that is highly consistent with the hypothesis that Mr. Oystacher regularly engaged in spoofing over time and across markets.  Professor Fischel and Professor Markham claim that they provide findings indicating that Mr. Oystacher did not engage in spoofing.  However, neither Professor Fischel nor Professor Markham address in any way the *overall pattern of conduct* that I present.   Nor does either of them present any explanation other than spoofing that would be consistent with the pattern of conduct documented in my report.

3.      Instead, they attempt to discredit individual findings in my report.  I do not view any individual statistic compiled in my report as decisive in establishing that Mr. Oystacher engaged in spoofing.   However, the consistent pattern of conduct across time and markets is highly consistent with spoofing on his part, and difficult or impossible to reconcile with alternative explanations.   Further, as I will demonstrate below, the data and assertions presented by Professor Fischel and Professor Markham fail to refute any material aspect of my report.  The arguments they present are largely irrelevant in assessing whether or not Mr. Oystacher engaged

---

[1] I also reviewed the report filed in this matter by Brian Leahy.  I understand that another expert will provide a response to Dr. Leahy's report.

1

in spoofing activity, and, at best, only serve to obscure the patterns that are relevant in this assessment.

4.  To assess the validity of Professor Fischel's and Professor Markham's claims, it is useful to reiterate the key elements of the economic theory of spoofing as described in my report, as well as the pattern of conduct that I document there.

5.  The term spoof refers to the entry of orders without the intention to complete trades on those orders. The economic theory of spoofing is simply that a trader who intends to trade in a particular direction places spoof orders that he does not intend to execute on the *opposite* side of the market. Using the language of sports, the trader "fakes" in the opposite direction of the move he actually plans to make. The goal of the spoof orders is to trigger a reaction that benefits the spoofer. In particular, the spoof orders create an imbalance in the limit order book data observed by other market participants. The spoofer hopes that others will react to the imbalance by entering additional orders on the same side of the market as the spoof orders. Such a reaction could occur, for example, if others misinterpret the spoof orders as indicating a change in underlying supply and demand conditions. If the desired reaction occurs, the spoofer can quickly trade against the newly-entered orders, obtaining a higher execution rate and/or a better average price on trades in the direction originally desired.

6.  This matter focuses specifically on "flips," defined as the cancelation of one or more orders (cancel side of flip) and the essentially simultaneous entry of one or more opposite-direction orders (trade side of flips) at the same price or a more aggressive (higher for newly entered buy orders or lower for newly entered sell orders) price. Not all flips are necessarily part of a spoofing strategy, nor are improved executions on trade-side flip orders the only way

2

that a spoofer could benefit from the entry of new orders in reaction to his spoof orders.[2] However, in my original report I show that Mr. Oystacher engaged in a consistent pattern of behavior across five futures markets and examined dates ranging from December 2011 to May 2015 that involved over 6,000 flips, and that is highly consistent with the hypothesis that the orders on the cancel side of these flips were spoof orders intended to improve execution rates and/or average prices for the orders on the trade side of these flips. The conclusion that the cancel-side orders were spoof orders is particularly strong for the set of orders identified in my report as the "narrowed set" of cancel-side orders.

7.     Broadly speaking, my analysis showed that Mr. Oystacher created large imbalances in the limit order book, by entering more orders on the cancel side than the opposite side and by accelerating his rate of order entry on the cancel side, just before he flipped. Tellingly, he reduced his rate of Iceberg usage for cancel-side orders (thereby ensuring the orders would be fully observable in the limit order book) as compared to his own behavior on trade-side orders and when he was not engaged in flipping.   Execution rates on his cancel-side orders were low, and he let his cancel-side orders stand on the limit order book for less time than his trade-side and non-flip orders.   He also engaged in flipping on a larger scale as compared to any other trader.  Mr. Oystacher relied on trade-side flip orders to complete trades to far greater extent than any other trader, and he enjoyed disproportionately high execution rates on his trade-side orders.

8.     More specifically, the pattern of conduct included, among other findings, that:

(i) Mr. Oystacher's order entries in the seconds prior to his flips

systematically created sudden, large and growing imbalances in the limit

order book data observable to other market participants, in all markets and

---

[2] In particular, the spoofer could also benefit if others react to his spoof orders by entering new orders that execute against resting orders previously entered by the spoofer on the side where he seeks to execute trades.

periods examined. The imbalances arose because Mr. Oystacher entered more orders for more contracts on the cancel side as compared to the opposite side in the seconds prior to the flip, accelerated his rate of contract entry on the cancel side in the seconds prior to flips, and (for examined dates prior to April 2015) used almost no Iceberg orders on the cancel side in the last second before his flip, thereby assuring that these orders were fully visible to other market participants.

(ii) Mr. Oystacher used Iceberg orders much less often on the cancel side of his flips as compared to his own rate of Iceberg usage for trade-side orders and for non-flip orders, thereby ensuring that his cancel-side orders were fully visible and creating larger imbalances in the limit order book.

(iii) The quantity of contracts entered by Mr. Oystacher on the cancel side was very large relative to the quantity of orders at the event price or better already displayed in the limit order book before his order entry, in all markets and periods examined, implying that he created large imbalances in the limit order book.

(iv) The elapsed time from entry to cancelation for Mr. Oystacher's cancel-side orders was much shorter than for Mr. Oystacher's trade-side orders or his non-flip orders, in all markets and periods examined. On more than 5,200 occasions he canceled a cancel-side order within one second of entry, and the average entry-to-cancel time for the cancel-side orders in the "narrowed" set of events was in the vicinity of 500 to 600 milliseconds, in all markets and periods examined. Mr. Oystacher

4

canceled some orders in each market less than 400 milliseconds after entry, and in one case canceled an order 220 milliseconds after entry.

(v) Mr. Oystacher relied on flips to complete trades to a unique extent, as a larger proportion of Mr. Oystacher's overall trade executions were against orders entered on the trade side of flips, as compared (with but a single exception) to any of the thousands of other active trading accounts, in all markets and periods examined.

(vi) In six of the eight markets and time periods examined, Mr. Oystacher engaged in flipping on a unique scale, as none of thousands of other trading accounts active in these markets canceled as many contracts in flips as Mr. Oystacher.

9. Professor Fischel and Professor Markham each filed reports intended to rebut my findings. However, their conclusions are not justified, as I explain in Section II of this report, which responds to Professor Fischel, and Section III, which responds to Professor Markham. In fact, neither Professor Fischel nor Professor Markham in any way address the *pattern of conduct* documented in my report, or provide an alternative explanation to the spoofing hypothesis for why this pattern should exist across time and markets.

10. Professor Fischel asserts that my analysis is "fundamentally flawed" in various ways, and that the data more strongly supports the hypothesis that Mr. Oystacher was not spoofing when he entered his cancel-side orders. However, as I will demonstrate, virtually all of the data and interpretations presented by Professor Fischel are irrelevant or otherwise uninformative, and mainly serve to obscure the pattern that is relevant in assessing whether Mr. Oystacher entered his cancel-side orders with intent to spoof.

5

11.     Professor Markham asserts that Mr. Oystacher's orders were random, and that little if anything can be inferred from the analysis of Mr. Oystacher's flip orders.  Professor Markham's conclusions are undermined by the fact that he undertook no actual statistical or economic analysis of Mr. Oystacher's orders, and are refuted by my analysis showing a consistent and statistically significant pattern in Mr. Oystacher's flip orders across time and markets.

12.     In addition to responding to the reports filed by Professor Fischel and Professor Markham, I analyzed Mr. Oystacher's orders and trades in the CME 10-Year Treasury Note futures market on February 1 and 2, 2016.   My analysis, detailed in section IV of this report, shows that Mr. Oystacher's overall pattern of flipping activity persists in February 2016, and remains consistent with spoofing.  In particular, he still creates large imbalances in the limit order book by entering more contracts, exposing a larger percentage of his order size, accelerating his rate of order entry on the cancel side in the seconds before he flips, and he relies on flips to execute trades to a greater extent than any other trader.   As compared to the examined dates from December 2011 through May of 2015 studied in my original report, the data from February 2016 indicates fewer instances where Mr. Oystacher canceled a cancel-side order within one second of entry, and that the magnitude of his cancel side orders relative to the existing book has declined.  Nevertheless, his cancel side order entry remains large, and there are two instances in the February 2016 data where Mr. Oystacher's cancel-side orders nonetheless met all of the narrowing criteria described in my earlier report.

## II.   RESPONSE TO PROFESSOR FISCHEL'S REPORT

13.     My report in this matter asserts that there is a systematic pattern of conduct, across time and across markets, that is strongly consistent with the economic theory of spoofing

and with the hypothesis that Mr. Oystacher systematically engaged in spoofing. Professor Fischel never addresses the existence of this pattern of conduct, nor does he provide any alternative explanation to the spoofing hypothesis for why the pattern should exist.

14. Instead, Professor Fischel focuses on my economic analysis of individual elements of the pattern or behavior, asserting that aspects of my report in this matter are "fundamentally flawed" and that the data he presents support the "Not Spoofing" hypothesis. However, careful assessment of his arguments and data fails to support these assertions. A review of his analysis reveals that no "fundamental flaws" exist in my report. Further, the arguments and data Professor Fischel presents in his rebuttal are largely irrelevant in assessing whether Mr. Oystacher's behavior is consistent or inconsistent with the hypothesis that he systematically engaged in spoofing behavior, but serve only to obscure the patterns of conduct that do shed light on this question. Professor Fischel's report in no way undermines the conclusion I reached in my original report that Mr. Oystacher has engaged in a pattern of behavior across time and markets that is highly consistent with the spoofing hypothesis.

### A. The Frequency of Flipping Activity

15. Professor Fischel asserts in section III of his report that the data concerning the frequency of Mr. Oystacher's flips supports the hypothesis that Mr. Oystacher did not engage in spoofing. However, the data Professor Fischel points to do not justify this conclusion.

16. In paragraph 12 of his report Professor Fischel compiles data indicating that Mr. Oystacher canceled a smaller percentage of his overall orders as compared to other traders. This observation does not refute the spoofing hypothesis, as Professor Fischel measures cancelation rates across all types of activity, rather than specifically considering cancelation rates for the conduct at issue here. A spoofer trades (on the side opposite the spoof orders) to capture the

benefits from the spoofing strategy, and a trader who successfully spoofs on a regular basis can be expected to complete many trades. Stated alternatively, cancelation rates on orders entered on the cancel side of flips are potentially relevant in assessing the spoofing hypothesis, but overall cancelation rates are not. Mr. Oystacher's overall cancelation rate is relatively low mainly because he enjoyed high execution rates on the orders entered on the trade side of his flips. These are the orders that the spoofing hypothesis asserts that the spoofer wants to execute. Therefore observing a high *overall* execution rate (or equivalently a low overall cancelation rate) is quite consistent with the spoofing hypothesis. In short, this argument by Professor Fischel is simply beside the point.

17. In paragraph 13 of his report Professor Fischel compiles data indicating that other traders who also engaged in flips canceled a substantial proportion of their orders within one second of entry. This data is irrelevant, first and foremost because it sheds no light on the key issue, which is Mr. Oystacher's intent at the time he entered his cancel-side orders. The data is also irrelevant in that it pertains to overall cancelation behavior, not to cancelations followed by flips. Further, the relevance of entry-to-cancel times depends on many additional factors.

18. In paragraph 15 of his report Professor Fischel takes issue with my use of the phrase "attributable to flips." This is an exercise in semantics. I used this phrase to describe the number of contracts executed on orders entered on the trade side of flips, relative to the number of contracts traded overall. Professor Fischel's quibble over phrasing does nothing to discredit the empirical fact that Mr. Oystacher relied on orders entered on the trade side of flips for his trade executions to a greater extent than any of the thousands of other trading accounts

(but for a single account in a single market, as noted in my report), for all markets and periods examined.[3]

19.     In footnote 26 of his report Professor Fischel notes that my use of a five-millisecond threshold for elapsed time between order cancelations and order entries in defining flip events "excludes flips by other traders when those traders had a longer interval between order cancelations and the opposite-side order entry."   However, he presents no data to support that this point is of any practical relevance, or any reason to believe that it would be relevant.[4] Further, flips that involved a longer time horizon between cancelation and opposite-side order entry (to the extent that such exist) would likely be less effective as a spoofing strategy, since such delays would potentially allow traders who had been fooled by the spoof orders to react to their cancelation.

20.     In paragraphs 16 and 18 of his report Professor Fischel argues that flip events are "common" in the markets studied, which he contrasts to my assessment that in the absence of spoofing conduct flip events should be "relatively infrequent."   He relies on data drawn from Table 1 of my report, showing that in some markets and periods other traders engaged in more flip events than Mr. Oystacher.   This observation is irrelevant and fails to refute my conclusion that the data is strongly consistent with the hypothesis that Mr. Oystacher engaged in spoofing, for at least three reasons.

---

[3] Professor Fischel also observes in paragraph 15 that it would have been possible to divide the total number of contracts executed on trade-side flip orders into subcategories.  However, he does not clarify why this analysis would have been informative regarding the spoofing hypothesis, nor does he give any indication that he conducted such an analysis himself.

[4] I see no conceptual reason to think that allowing a longer threshold would have any meaningful effect.   My understanding is that the flips at issue in this matter consisted of essentially simultaneous order entry and cancelation that appear to have resulted from one action.   The five millisecond threshold is included only to allow for minor latencies in the computing systems that enter time stamps in the order messaging data, and there is no reason to believe that latencies longer than five milliseconds seconds occur with any frequency.

21.     First, flipping was indeed relatively infrequent in the markets and on the dates examined, as the vast majority of trading accounts *never* engaged in flipping.  Below, I compile relevant data from Table 1 of my original report.   This data shows that only a very small percentage of the total active accounts engaged in any flips, ranging from 0.65% of active accounts in Copper to 1.46% of active accounts in VIX.

| Frequency of Flipping, excluding Mr. Oystacher | | | |
|---|---|---|---|
| Market | Accounts that Ever Flipped | Total Active Accounts | % that Ever Flipped |
| Crude Oil | 76 | 9,732 | 0.78% |
| Copper | 30 | 4,587 | 0.65% |
| Natural Gas | 48 | 3,420 | 1.40% |
| VIX | 60 | 4,108 | 1.46% |
| E-Mini, 6/2013 | 216 | 21,984 | 0.98% |
| E-Mini, 12/2013 & 1/2014 | 369 | 31,313 | 1.18% |
| E-Mini, 9/2014 | 154 | 19,480 | 0.79% |
| E-Mini, 4/2015 & 5/2015 | 197 | 24,630 | 0.80% |

22.     I also compiled the total number of contracts entered and the total number of contracts canceled in flips for Mr. Oystacher, and for all active traders except Mr. Oystacher, and reported the outcomes in the Table below.   While Mr. Oystacher canceled between 11.9% (E-Mini S&P 500 during September 2014) and 36.9% (Natural Gas) of his contracts in flips, all other traders in combination canceled between 0.1% (Crude Oil, Copper, and VIX) and 3.8% of their contracts in flips.  That is, the data strongly supports my assertion that, with the exception of Mr. Oystacher's conduct, flipping was indeed rather infrequent on the examined dates and markets.

| | Mr. Oystacher | | | All Other Traders | | |
|---|---|---|---|---|---|---|
| Market | Total Contracts Entered | Contracts Canceled at Flip | % Canceled at Flip | Total Contracts Entered | Contracts Canceled at Flip | % Canceled at Flip |
| Crude Oil | 121,003 | 40,403 | 33.4% | 8,587,337 | 7,388 | 0.1% |
| Copper | 324,869 | 83,451 | 25.7% | 5,051,509 | 3,854 | 0.1% |
| Natural Gas | 211,122 | 77,931 | 36.9% | 4,338,521 | 14,919 | 0.3% |
| VIX | 1,476,839 | 519,573 | 35.2% | 44,083,353 | 34,970 | 0.1% |
| E-Mini, 6/2013 | 738,228 | 91,587 | 12.4% | 52,888,149 | 2,002,181 | 3.8% |
| E-Mini, 12/2013 & 1/2014 | 5,670,054 | 1,671,304 | 29.5% | 68,036,616 | 387,034 | 0.6% |
| E-Mini, 9/2014 | 161,894 | 19,322 | 11.9% | 30,182,558 | 163,281 | 0.5% |
| E-Mini, 4/2015 & 5/2015 | 1,852,120 | 300,299 | 16.2% | 24,177,574 | 160,785 | 0.7% |

23.     Second, it is possible that some other traders were also engaged in spoofing strategies when they flipped.   However, this possibility does not refute the strong pattern of behavior supporting that that Mr. Oystacher engaged in spoofing.  Third, this possibility notwithstanding, most of the other traders who engaged in flip events did so on a much smaller scale than Mr. Oystacher, as the data regarding the average number of contracts canceled in each flip compiled by Professor Fischel and displayed on page 14 of his report demonstrates.   This point is relevant because relatively small quantities on the cancel side have little effect on the observable imbalance in the limit order book, are less likely to lure other traders into responding, are less likely to be effective as part of a spoofing strategy, and are less threatening to market integrity.

11

24.     In paragraph 20 of his report Professor Fischel reports data showing that some of Mr. Oystacher's cancel-side orders were marketable.[5]  He also shows that some cancel-side orders that were not marketable nevertheless established a new BBO when entered.[6]  I concur that those orders that were marketable when entered or that established a new BBO were less likely to be spoof orders.  This is the reason that the narrowed and charged set of events at issue in this case described in my report excludes orders that were marketable when entered, as well as orders that were non-marketable but established a new BBO upon entry.

### B.   Mr. Oystacher's Order Entry Behavior in the Seconds Before his Flips

25.     In paragraph 23 of his report Professor Fischel displays a set of figures that he refers to as "flip frequencies," which range from 5.5% to 68.1%.   He states that "the frequency of not flipping ranged from 31.9 percent (for Crude Oil) to 94.5% percent (for E-Mini April 2015 and May 2015)" and asserts that these percentages are not consistent with the hypothesis that Mr. Oystacher entered his cancel-side orders with intent to spoof.

26.     The findings that Professor Fischel attempts to rebut with this analysis are those contained in Table 2 of my report, and described as item (i) in Paragraph 8 of this report.   I showed that Mr. Oystacher's order entries created sudden, large, and growing imbalances in the order book data observable to other traders just prior to his flips.  These imbalances arose because he entered more orders for more contracts on the cancel side than on the opposite side, accelerated his rate of order entry on the cancel side, and in many cases largely stopped using Iceberg orders (ensuring that the orders were fully visible to other traders) on the cancel side just

---

[5] Marketable orders are those that generate at least one trade immediately upon entry, because they can be matched against orders already on the book.  That is, marketable buy orders are placed with prices at or above the existing best ask and marketable sell orders are placed with prices at or below the existing best bid.
[6] An order can establish a new BBO without being marketable if the limit price is higher than the existing best bid but lower than the existing best ask.

before he flipped.   I view these findings as particularly important in distinguishing between hypotheses regarding Mr. Oystacher's intent at the time he entered his cancel-side orders, because the findings focus directly on a consistent pattern in Mr. Oystacher's *order entry* decisions.

27.     Professor Fischel's data regarding what he terms "flip frequencies" in no way refutes the empirical fact that Mr. Oystacher created large imbalances in the visible order book in the seconds before his flips.  Professor Fischel's data indicates only that there were some individual seconds when Mr. Oystacher created order imbalances by entering sizeable non-Iceberg orders at the BBO, but did not subsequently flip.   This data is irrelevant to the hypothesis that Mr. Oystacher spoofed when he entered the orders on the cancel side of his flips, because the hypothesis does not imply that he *must* flip in such situations, or that spoofing by use of flips was the only strategy Mr. Oystacher employed.  At best, this data only establishes that Mr. Oystacher did not *always* flip.   Further, Professor Fischel's attention to incidents when Mr. Oystacher placed large exposed orders but did not flip is incomplete, because he does not consider the possibility that these were also spoof orders, intended to benefit Mr. Oystacher's resting orders on the opposite side of the market.

28.     Professor Fischel's "flip frequency" analysis appears to comprise his only response to the analysis contained in Table 2 of my original report.  He does not refute my finding that Mr. Oystacher's order entry strategy in the seconds prior to his flips created sudden, large, and growing imbalances in the limit order book data displayed to other market participants.  This pattern is highly consistent with the spoofing hypothesis.   Nor does Professor Fischel present any alternative to the spoofing hypothesis for why Mr. Oystacher's cancel-side order entries should display such a pattern on a consistent basis across time and markets.

### C. Comparisons Across Events and Orders, and Changes in Market Conditions

#### 1. Iceberg Usage Rates

29.     In paragraph 26 of his report Professor Fischel notes that most of Mr. Oystacher's non-flip orders were not Icebergs and in paragraph 28 of his report Professor Fischel claims that "many of Mr. Oystacher's trade-side orders were not Iceberg orders."  These observations are irrelevant in assessing the validity of the spoofing hypothesis, as the hypothesis does not assert that Mr. Oystacher's non-flip or trade-side orders should necessarily be Icebergs.  Nor do I assert that a trader's use of Iceberg orders is itself improper.  The key finding regarding Iceberg usage that is actually relevant to the spoofing hypothesis is Mr. Oystacher's unusually *low* rate of Iceberg usage for his cancel-side orders, as benchmarked against his own rate of Iceberg usage on both his trade-side orders and his non-flip orders (Table 4 of my report).  Mr. Oystacher's oddly low rate of Iceberg usage on his cancel-side orders is consistent with the spoofing hypothesis because non-Iceberg orders create greater imbalances in the limit order book observed by other market participants, other things equal.

30.     In paragraph 47 of his report, Professor Fischel responds to the data contained in Table 4 of my report showing that Mr. Oystacher's rate of Iceberg usage for his cancel-side orders is lower than his own rate of Iceberg usage on his non-flip orders.  Professor Fischel notes that Mr. Oystacher's cancel-side orders tend to be aggressively priced (at the existing BBO or better), and asserts that the comparison should be to non-flip orders that are also aggressively priced.[7]  Professor Fischel reports in paragraph 47 of his report the percentage of Mr.

---

[7] Professor Fischel refers here to orders that are "aggressively-priced but non-marketable".  Non-marketable implies that the orders did not generate trades immediately upon entry.  His analysis does not distinguish between orders that create a new BBO versus orders that are placed when another order is already at the BBO price.  Nevertheless, the

Oystacher's aggressively-priced non-marketable non-flip orders that are Icebergs, claiming that the data shows "even lower" rates of Iceberg usage that are "consistent with the Not Spoofing Hypothesis."

31.     This conclusion is not supported by Professor Fischel's analysis.  Although Professor Fischel states that the data in paragraph 47 shows "even lower" rates of Iceberg usage for the non-flip orders, he is not clear as to what comparison he is making.   In the table below I reproduce the Iceberg usage rates from Paragraph 47 of Professor Fischel's report, and compare them to Iceberg usage rates as reported in Table 4 of my original report.  This comparison reveals *higher* rates of Iceberg usage for the non-flip orders selected by Professor Fischel as compared to Mr. Oystacher's cancel-side orders, thereby confirming my conclusion that Mr. Oystacher's rate of Iceberg usage on his cancel-side orders is unusually low. [8]

| Percentage of Orders that are Icebergs | | | |
|---|---|---|---|
| Market | Aggressive Non-Flip Orders (Fischel Paragraph 47) | Narrowed Set Cancel Side Orders, Table 4 of My Report | All Cancel Side Orders, Table 4 of My Report |
| Crude Oil | 16.20% | 0.63% | 5.82% |
| Copper | 17.30% | 0.24% | 5.08% |
| Natural Gas | 7.30% | 0.19% | 2.21% |
| E-Mini, 6/2013 | 5.50% | 0.00% | 2.62% |
| E-Mini, 12/2013 & 1/2014 | 1.00% | 0.00% | 0.38% |
| E-Mini, 9/2014 | 6.60% | 0.00% | 2.78% |
| E-Mini, 4/2015 & 5/2015 | 19.20% | 6.25% | 20.70% |

---

analysis he presents does not support his conclusions, as I show.
[8] The lone exception is for the non-narrowed set of events for the E-Mini S&P 500 during April and May of 2015, a time period addressed separately in Section VIII of my own report.

32.     That is, the finding emphasized in my report, that Mr. Oystacher's rate of Iceberg usage on his cancel-side orders is abnormally low, is also supported by Professor Fischel's analysis.   As noted, low rates of Iceberg usage on the cancel-side orders mean that the full size of his orders was observable in the limit order book, as implied by the economic theory of spoofing.

### 2. **Pricing and Execution Rates for Trade-Side Orders**

33.     Professor Fischel observes that Mr. Oystacher's trade-side orders were priced aggressively and had high execution rates.   I concur with these observations.   However, as I show, these observations are entirely consistent with the spoofing hypothesis.

34.     In paragraph 29 of his report Professor Fischel claims that the aggressive pricing of Mr. Oystacher's trade-side orders "is consistent with the Not Spoofing hypothesis" because aggressive pricing tends to be associated with high execution rates.   Similarly, he asserts in paragraph 30 that "the relatively high execution rates for Mr. Oystacher's trade-side orders are consistent with the Not Spoofing Hypothesis."   In paragraph 45 of his report Professor Fischel compares execution rates for Mr. Oystacher's trade-side orders and for his marketable non-flip orders.   He notes higher execution rates for marketable non-flip orders, and asserts that this finding too is consistent with the "not spoofing" hypothesis.   Continuing this line of reasoning, Professor Fischel in paragraph 46 of his report asserts that a "genuine desire to execute trades" on trade-side orders is "consistent with the Not Spoofing hypothesis."

35.     In fact none of these observations by Professor Fischel negate the spoofing hypothesis.   Any trader, including Mr. Oystacher, who enters marketable orders can anticipate that there will be at least some immediate executions on these orders.   The observations that Mr. Oystacher used marketable orders on the trade side of his flips and in some cases for non-flip

orders, and the documentation of the resulting high execution rates on these orders, do nothing to refute the spoofing hypothesis. The spoofing hypothesis as described in my report implies that Mr. Oystacher did intend to execute trades with his trade-side orders.

36.     In paragraph 31 of his report Professor Fischel attempts to rebut the theory that "Mr. Oystacher entered the trade-side orders solely for the purpose of taking advantage of traders…" The argument that Mr. Oystacher's *sole* intent was to take advantage of other traders is a straw man. The theory of spoofing articulated in my report presumes that the spoofer has a genuine desire to trade in a given direction (the direction of the trade-side orders in this case). The goal of the spoof orders in this theory is to attract additional orders to the spoof side, so that the trade side orders can received improved execution rates and/or prices for trades that the spoofer does want to execute.

37.     In paragraph 44 of his report Professor Fischel reports data that compares the aggressiveness (measured by comparing the limit price of each order to the BBO price on the same side of the market at the time the order is submitted) of orders Mr. Oystacher entered on the trade side of his flips to marketable orders entered by Mr. Oystacher that were not part of flips.[9] Professor Fischel asserts that this comparison is "more relevant", but does not articulate how the analysis is of any relevance at all. Rather, the data reported by Professor Fischel in paragraph 44 of his report simply verifies that marketable orders must, by definition, be entered with prices more aggressive than the existing best bid or offer. This data is not informative or relevant in assessing the hypothesis that Mr. Oystacher engaged in spoofing when he entered his

---

[9] I concur that comparing an order's limit price to the existing best bid or offer prices is informative in assessing the aggressiveness of the order. However, it is worth noting that the quantity of orders already on the limit order book at the same price is also relevant, as existing orders have "time priority" relative to newly entered orders at the same price, implying that the new orders are less likely to execute, other things equal. All of Mr. Oystacher's cancel-side orders in the narrowed set were placed behind existing orders at the same price.

cancel-side orders, since the spoofing hypothesis in no way precludes that Mr. Oystacher will enter some marketable non-spoof orders.

### 3. The Magnitude of Cancel-Side Orders

38.     In paragraph 32 Professor Fischel observes that "the average size of Mr. Oystacher's cancel-side flip orders was not significantly greater than the average size of Mr. Oystacher's non-flip orders" and claims that this finding is "consistent with the Not Spoofing Hypothesis." Professor Fischel's focus on measuring the average size of individual orders is misplaced.   He overlooks the fact that each flip event typically involved multiple cancel-side orders, rather than a single order.   Multiple orders on the cancel side could have given other traders the impression than numerous traders had submitted orders on the cancel side.  In any case, the combined size of the cancel-side orders placed by Mr. Oystacher was indeed very large relative to the quantity of displayed orders already in the limit order book at the event price or better, even in the narrowed set of events, as documented in Table 3A of my original report.

39.     In particular, the size of Mr. Oystacher's cancel-side contract entries ranged from an average of 4.8 times as large (E-Mini S&P 500 during April and May, 2015) to 17.0 times as large (VIX), 17.1 times as large (Natural Gas) and 18.8 times as large (Copper) as the quantity of orders already displayed in the limit order book at the event price or better.   To place these figures in perspective, consider a hypothetical situation where the limit order book is balanced, with fourteen contracts at the best bid and fourteen contracts at the best ask.[10]   The placement of orders seventeen times greater than the existing quantity on the books would mean that 238

---

[10] Although this example is hypothetical, I focus on fourteen contracts to match the average number of contracts already on the limit order book at the event price or better at the time of Mr. Oystacher's cancel side entries in the Natural Gas market (column 9 of Table 3A in my original report).

contracts would be entered at the bid or the ask, leaving a greatly imbalanced book with 252 contracts on one side and fourteen contracts on the other side.

40.     To summarize, the data indicates that Mr. Oystacher's cancel-side order entries in aggregate were large enough to create very sharp imbalances in the limit order data observed by other market participants, consistent with the spoofing hypothesis.

### 4.     Imbalance in Mr. Oystacher's Pending Orders

41.     In paragraph 33 Professor Fischel points to data from my report showing that Mr. Oystacher's personal trading interest was "typically" skewed, with more orders pending on the cancel side than the opposite side, at the times he canceled orders.   This observation does not undermine my opinions.   Crucially, Professor Fischel ignores that the data in Table 4 of my report shows, for all periods and markets examined, that Mr. Oystacher's personal book was imbalanced *to a much greater and statistically significant degree* at the time he canceled his cancel-side orders.   For example, in Natural Gas the imbalance in Mr. Oystacher's personal book at the time he canceled his non-flip orders was, as noted by Professor Fischel, 40.93%.   By comparison, the imbalance in Mr. Oystacher's personal book at the time he canceled his cancel-side orders in Natural Gas was more than twice as large, 88.18% in the narrowed set of flip events and 81.19% in the full set of flip events.

42.     The large imbalances in Mr. Oystacher's personal set of unexecuted orders just prior to his flips reflect the fact that he entered more orders for more contracts on the cancel side as compared to the opposite side in the seconds prior to his flips, thereby creating large imbalances in the order book data visible to other market participants, as implied by the spoofing hypothesis.

5. **Changes in the Market between Entry and Cancelation**

43.     In paragraphs 35 to 38 of his report Professor Fischel attempts to rebut my analysis showing that market conditions changed between the entry and cancelation of Mr. Oystacher's cancel-side orders in a manner that would, on average, improve execution rates and/or prices on Mr. Oystacher's trade-side orders.  In particular, he speculates in paragraph 36 of his report that an increase in the number of orders in the book and an increase in the quantity of displayed contracts in the book might not necessarily provide benefits, as trade-side executions will be affected by the total (displayed and hidden) quantity of contracts in the book.

44.     I concur that it is not impossible that reductions in average order sizes or decreases in the average percentage of order size displayed rather than hidden could in principle offset the benefits of more orders and more displayed contract size.   However, Professor Fischel provides no economic rationale for why such offsetting effects would be expected to occur, nor does he document that such effects did occur.

45.     In paragraph 37 of his report Professor Fischel displays data indicating that improvements in market quality (from the viewpoint of someone who wishes to execute orders on the trade side of a flip) did not *always* occur during the period between the entry and cancelation of Mr. Oystacher's cancel-side orders.   This is not surprising or informative.   No trading strategy is *always* successful, and neither my report nor the theory of spoofing asserts that a spoofing strategy will always lure other traders into entering additional spoof-side orders. Even if it were the case that at least some traders *always* reacted to Mr. Oystacher's cancel-side orders in a manner that would benefit him, other random events could be expected to offset the benefits in at least some instances.

20

46.     The data reported by Professor Fischel in paragraph 37 of his report indicate improvements in market quality (from the viewpoint of someone who wishes to execute orders on the trade side of a flip) by at least one of the three measures I considered (improvement in BBO, improvement in number of orders on the book, improvement in quantity of contracts on the book) for a substantial majority of flip events, ranging from 71.2% for Natural Gas to 95.8% for the E-Mini S&P 500 during April and May of 2015. Such high success rates are strongly consistent with the notion that Mr. Oystacher's cancel-side orders did lead to reactions from other traders that would have improved execution rates and/or average prices for Mr. Oystacher's trade-side orders, and are therefore consistent with the spoofing hypothesis.

47.     In my opinion the high success rates documented by Professor Fischel in paragraph 37 of his report also help to explain why Mr. Oystacher entered his cancel-side orders as standard limit orders rather using the "Fill-or-Kill" modifier. Fill-or-Kill orders are immediately canceled if they do not execute, and are not displayed in the limit order book. Thus, Fill-or-Kill orders are similar to Mr. Oystacher's cancel-side orders in that they are quickly canceled, but they do not create an observable imbalance in the limit order book that other traders could react to. Mr. Oystacher's decision to not make use of the "Fill-or-Kill" option available on the CME is also consistent with the spoofing hypothesis.

48.     In paragraph 40 of his report Professor Fischel presents data regarding a number of measures that he constructed from the order messaging and market data. In particular, he reports the percentage of the flip events where these measures changed prior to Mr. Oystacher's flips. The reporting of these frequencies does not help to distinguish between hypotheses regarding Mr. Oystacher's intent in entering his cancel-side orders. The futures markets in which Mr. Oystacher traded and that are the focus of this matter are active, with large numbers

21

of order entries, modifications, cancelations, and trade executions. Many measures constructed from the data will change (often many times) during the course of a typical second. Simply documenting that some variables constructed from market data change frequently does nothing to overturn the strong pattern of conduct consistent with the hypothesis that Mr. Oystacher was engaged in spoofing activity, or to provide an alternative explanation for his pattern of behavior. Further, Professor Fischel does not articulate any economic reasoning that could explain why changes in the variables he constructs would cause a trader to suddenly flip. Without such economic explanation Professor Fischel's analysis provides no rationale to rebut.

### D. Behavior in the E-Mini Market over Time

49. In paragraphs 51 to 56 of his report Professor Fischel makes his only attempt to rebut my assessment that "Mr. Oystacher's pattern of flipping conduct has remained largely unchanged" for dates ranging from December 2011 through the most recent examined dates drawn from April and May of 2015. However, his analysis only serves to reinforce my conclusions, as I will explain.

50. I observed in my report that most aspects of Mr. Oystacher's pattern of behavior with regard to his flip orders were remarkably consistent across time and markets. I allowed that one aspect of Mr. Oystacher's behavior, his overall rate of Iceberg usage, had varied over time, and was higher in the more recent data. However, I concluded that the recent increase in his rate of Iceberg usage was "cosmetic" because "the displayed size of Mr. Oystacher's cancel-side orders increased in the most recent time period examined, even as his rate of iceberg usage went up."

51. In paragraph 52 of his report Professor Fischel observes that "the increase in the average displayed size of Mr. Oystacher's cancel-side Iceberg orders is primarily attributable to

an increase in the average portion of these Iceberg orders that was displayed, not an increase in the average size of Mr. Oystacher's cancel-side Iceberg orders." This observation comprises a useful refinement of my analysis. It confirms rather than refutes my observation that the increase in the percentage of cancel-side orders where Mr. Oystacher used the Iceberg option is cosmetic, being more than offset by increases in the displayed size of the orders. The key finding, applicable to both the earliest and the most recent data, is that Mr. Oystacher's cancel-side order entries created large imbalances in the limit order book data displayed to other market participants, as predicted by the spoofing hypothesis.

52. In paragraph 55 of his report Professor Fischel notes that the ratio of Mr. Oystacher's cancel-side enter quantity relative to the quantity of orders already displayed in the limit order book at the event price or better declined from 7.32 in June 2013 to 3.91 in April and May of 2015. I concur that the relative magnitude of Mr. Oystacher's cancel-side orders declined over time. However, order entries with a combined contract size nearly four times as great as the existing quantity of contracts on the limit order book can only be described as very large. Further, during just three trading days in April and May of 2015 Mr. Oystacher entered over 381,000 contracts on the cancel side of 570 flips, an average of 669 contracts per flip.

## III. RESPONSE TO PROFESSOR MARKHAM'S REPORT

53. The bulk of Professor Markham's report consists of an ancillary historical exposition that does not bear directly on the data, analysis, or conclusions presented in my own report. However, Professor Markham does make a few assertions relevant to my report, and to which I will respond.

54. In paragraph 85 of his report, Professor Markham asserts that "Professor Bessembinder's definition of a market maker is based on securities law requirements…." This

is incorrect.   The subject of my report is not the law as applied to securities or commodities

markets.  My report provides a statistical and economic analysis of Mr. Oystacher's trading that

relies on my training and professional experience as a financial economist who studies markets

and trading.   This contrasts with Professor Markham's pronouncements in his report of

economic conclusions that he fails to support with either data analysis or economic reasoning.

55.     I offered in my report a definition of market making presented by the Financial

Times that refers to "bid and offer" prices as well as market makers' ability to "buy or sell those

securities at any time."  I offered this definition because it is reasonably representative of the

definitions of market making that I have encountered.   I also offered my own view that "the

essence of market making is supplying liquidity to other market participants."  I then presented

data indicating that Mr. Oystacher's typical behavior is at odds with the interpretation that he

consistently or generally acts as a market maker.

56.     Professor Markham points to an alternative definition of market making.

However, Professor Markham curiously quotes in his report only a portion of his preferred

definition.  The complete definition of market making (with the portion quoted by Professor

Markham in italics) in the CFTC glossary is:[11]

> **"Market Maker:** A professional securities dealer or person with trading privileges on an
> exchange who has an obligation to buy when there is an excess of sell orders and to sell when
> there is an excess of buy orders. By maintaining an offering price sufficiently higher than their
> buying price, these firms are compensated for the risk involved in allowing their inventory of
> securities to act as a buffer against temporary order imbalances. *In the futures industry, this term*
> *is sometimes loosely used to refer to a floor trader or local, who in speculating for his own*

---

[11] The URL in Professor Markham's report contains an apparent typographical error.  The correct URL is
http://www.cftc.gov/ConsumerProtection/EducationCenter/CFTCGlossary/glossary_m.

*account, provides a market for commercial users of the market.* Occasionally a futures exchange
will compensate a person with exchange trading privileges to take on the obligations of a market
maker to enhance liquidity in a newly listed or lightly traded futures contract."

57.     I quote the complete definition of market making from the CFTC glossary to note
that this definition, similar to that provided by the Financial Times, refers to obligations to *both*
buy and sell.  However, I believe that this discussion is to a certain extent irrelevant.   It is
possible that Mr. Oystacher behaves as a market maker at some times, while engaging in
spoofing behavior at other times.   More to the point, Professor Markham presents no argument
or data that would support that notion that Mr. Oystacher's pattern of flipping behavior as
described in my report comprises market making.   In contrast, as I emphasized in my original
report, Mr. Oystacher's trade-side flip orders aggressively removed liquidity from the market.

58.     In paragraphs 97 and 98 of his report Professor Markham reproduces data
regarding Mr. Oystacher's order entries during four of Mr. Oystacher's flips.   He concludes that:

> "The most that can be inferred from the face of these orders is that Mr. Oystacher
> sometimes entered a varying number of limit orders at varying sizes on one side of the
> market. After leaving those orders to rest in the order book, he cancelled those orders and
> moved to the opposite side of the market by placing orders of varying sizes at the same
> price as the cancel side trades."

59.     I take issue with this assessment.   Professor Markham claims that little or nothing
can be inferred from studying Mr. Oystacher's flip orders.   This is an economic conclusion that
is completely unsupported.  As I show in my report, a great deal can be inferred from the careful
and comprehensive analysis of Mr. Oystacher's flip orders.   In particular, such analysis reveals a
systematic pattern of conduct across time and across markets that is consistent with the
hypothesis that Mr. Oystacher engaged in spoofing strategies on an ongoing basis.

60.      At various points in his report, e.g. paragraphs 52 to 62, Professor Markham refers to "latency" issues.  I understand the term latency to refer to elapsed time between relevant events.  In my view latency is relevant in this matter in at least three, quite distinct, ways.   One issue is the time that a manual trader would require to observe a relevant change in market conditions, react to the change, and cancel an order.   A distinct issue is the time from the entry of a non-marketable order until another trader could execute a trade against that order.   A third issue is the amount of time from a flip until other market participants become aware of and are able to react to the flip, and in particular if they could react more quickly than the trade-side flip orders can execute against resting cancel-side orders.   Professor Markham refers to a number of descriptive statistics regarding aspects of latency in modern electronic markets, but expresses no conclusions as to how these statistics are relevant to this matter.

61.      In paragraphs 104 to 108 of his report Professor Markham describes some reasons that market participants may take steps to make it difficult for others to infer their trading intentions.  He concludes this discussion by quoting Mr. Oystacher to the effect that he often "randomizes" his trading strategies.   I do not dispute that Mr. Oystacher may randomize some aspects of his order submissions, e.g. the number of orders submitted or their exact sizes.  However, it would be a mistake to conclude that Mr. Oystacher's flipping strategy is random, as I have shown in my report that it is anything but random. Rather, his pattern of behavior during flips is statistically significant and consistent across time and markets, and his flipping behavior differs systematically from his conduct at other times, in a manner highly consistent with the hypothesis that he has consistently used a spoofing strategy across time and markets.   Professor Markham provides no data or argument to refute the existence of a consistent and statistically significant pattern of behavior during Mr. Oystacher's flips.

62.     In paragraph 113 of his report Professor Markham asserts that the additional scrutiny afforded to orders that are entered and canceled within one second (this is one of the criteria I used to construct the narrowed set of events, as described in my report) is "arbitrary." I concur that an elapsed time of one second from order entry to cancelation does not comprise a special or unique threshold that will necessarily be important in any other analyses of trading activity. However, the one-second threshold is not arbitrary in the case of Mr. Oystacher's orders on the examined dates described in my report. As table 2 of my report demonstrates, Mr. Oystacher's order entry behavior within one second of his flips differed consistently and significantly from his behavior at other times, and that as a consequence his contribution to the imbalance in the limit order book observed by other traders was greatly magnified during the last second before he flipped.

63.     Also in paragraph 113, Professor Markham observes that "it is quite common to cancel orders when they are not immediately executed." In support, he describes in footnote 98 "Fill-or-Kill" orders, which are automatically canceled if the order is not immediately filled. The fact is that Mr. Oystacher could have used "Fill-or-Kill" orders if his intent was to cancel if not immediately filled, but he tellingly chose not to. Importantly, "Fill-or-Kill" orders are not displayed in the limit order book, and would not have contributed to an imbalance that other traders could have observed and reacted to. Mr. Oystacher's choice to use standard limit orders that were displayed in the limit order book instead of the "Fill-or-Kill" order modifier that was available to him is consistent with the economic theory of spoofing.

64.     Professor Markham asserts in paragraph 132 that "The CFTC's order imbalance theory appears to be premised on the assumption that order books are normally balanced in a symmetrical manner." In fact, the economic theory of spoofing does not rely on the notion that

individual traders' order books are normally balanced. For this reason, my analysis of imbalances in Mr. Oystacher's limit order book (Table 4 of my report) does not compare his order imbalances at the time of his flips to the hypothetical benchmark of a completely balanced book, but rather compares his imbalance at the time of his flips to *his own* imbalances at the time he cancels non-flip orders. This analysis reveals that Mr. Oystacher's personal set of unexecuted orders is *far more imbalanced*, with more orders on the side of the impending cancel, at the time he flips as compared to when he cancels non-flip orders. The extreme imbalances in Mr. Oystacher's personal set of unexecuted orders at the time of his flips are consistent with the spoofing hypothesis.

65.     In paragraphs 135 to 138 Professor Markham addresses the use of Iceberg orders. He asserts (paragraph 135) that I claim Mr. Oystacher "used such orders to prevent the HFT algorithms from detecting his changes from one side of the market to the other." This statement is not true, as I made no such claim. More broadly, I have not contended either in my report in this matter or in my academic research that the use of Iceberg orders is improper. Rather, the relevance of Iceberg orders to the spoofing hypothesis here arises due to Mr. Oystacher's unusually *low* rate of Iceberg usage for his cancel-side orders, as benchmarked against his own rate of Iceberg usage on both his trade-side orders and his non-flip orders (Table 4 of my report). Mr. Oystacher's low rate of Iceberg usage on his cancel-side orders is consistent with the spoofing hypothesis because non-Iceberg orders create greater imbalances in the limit order book observed by other market participants, other things equal.

66.     Professor Markham concludes his report by asserting that the cancel-side orders entered by Mr. Oystacher were:

> (i) entered at or near the best bid or offer;
> (ii) randomized in amount in order to shield Mr. Oystacher's trading

28

pattern from predatory HFT algorithms;

(iii) left to rest in the order book for times well within the capacities of HFTs to execute against;

(iv) cancelled well within the capabilities of a point and click trader to react to market events.

67.     I do not dispute points (i) and (iii).  However, these observations do nothing to refute the pattern of conduct consistent with the spoofing hypothesis, as I have described in my report.  In fact, point (i) is quite consistent with the spoofing hypothesis, since other market participants are more likely to take note of imbalances in the limit order book at prices close to the BBO.  Professor Markham provides no data in his report to support point (ii), his assertion that Mr. Oystacher randomized to defend himself from HFTs.   Even if he had done so, the observation that Mr. Oystacher randomizes elements of his order strategies would not refute the existence of a strong and systematic (i.e. non-random) pattern in Mr. Oystacher's flip orders that is observed across time and markets, and that is consistent with the spoofing hypothesis.   Point (iii) is also irrelevant, as the spoofing hypothesis does not require that it would be *impossible* for the spoof orders to generate trades, only that generating trades is not the spoofer's intent.  Finally, Professor Markham provides no data in his report to support his point (iv) regarding point and click traders' capabilities to react to market events, or regarding Mr. Oystacher's capabilities as compared to those of other traders.

68.     To summarize, Professor Markham's report contains no statistical or economic analysis that serves to rebut the pattern of conduct documented in my own report that is strongly consistent with the hypothesis that Mr. Oystacher engaged in a spoofing strategy that was applied consistently across time and across markets.   He also does not present any credible alternative to the spoofing hypothesis that would explain why this pattern of conduct exists.   The assertions that he does make are irrelevant and/or unsupported.

## IV. MR. OYSTACHER'S TRADING IN TREASURY NOTE FUTURES IN FEBRUARY 2016.

69.     The CFTC Division of Enforcement also asked me to examine records pertaining to Mr. Oystacher's orders and trades in the CME's 10-Year Treasury Note futures contract for March 2016 delivery, on February 1 and 2, 2016 (the "examined dates" for this report).[12]  To facilitate this inquiry the CFTC made available Order Messaging Data and Market Data (as described in my original report) for the examined dates.

70.     My analysis of this data shows that Mr. Oystacher engaged in no less than fifty three flips in the 10-Year Treasury Note futures markets on the two examined dates.[13]  Although Mr. Oystacher has potentially been aware at least since my report was filed in November 2015 of the exact narrowing criteria used to define the narrowed and charged events, in two instances on the examined dates during February 2016 Mr. Oystacher entered cancel-side orders that met all of the narrowing criteria.[14]

71.     Many aspects of Mr. Oystacher's pattern of order entry behavior during flips documented in my earlier report persist even in February 2016.   In particular, Mr. Oystacher continued to create large and growing imbalances in the observable limit order book ahead of his flips, Mr. Oystacher's personal set of unexecuted order was extremely imbalanced just prior to his flips, Mr. Oystacher used Iceberg orders less often for his cancel-side orders as compared to

---

[12] The statistical analyses contained in this report were conducted by staff at Analysis Group, under my direction and relying on computer programs that I designed.

[13] As in my original report, a flip is defined as the cancelation of an order on one side of the market in combination with the entry of an order on the opposite side of the market within 5 milliseconds, at the same or more aggressive price.

[14] As in my original report, the narrowing criteria excluded orders entered more than one second prior to its cancelation, any event where a cancel-side order created a new BBO, any event where the combined quantity of contracts entered on the cancel side did not at least equal the quantity of contracts already displayed on the limit order book at the event price or better, and any Iceberg orders .

either his trade-side or non-flip orders, Mr. Oystacher canceled more contracts in flips than any of the thousands of other active trading accounts, and Mr. Oystacher relied on trade-side flip orders to complete trades to a greater extent than any of the thousands of other traders active in the 10-Year Treasury Note futures market on the examined dates.

72.     The February 2016 data revealed some changes in Mr. Oystacher's behavior as compared to the examined dates in my original report.   In particular, (i) his order entry behavior in the last second before his flip no longer differs to such a striking degree from his behavior in the immediately preceding seconds, (ii) he less frequently canceled a cancel-side order within one second of entry, and (iii) although he entered a large quantity of contracts on the cancel side, the magnitude of these entries relative to the quantity of contracts already in the limit order book was reduced as compared to the earlier examined dates.   In short, Mr. Oystacher's overall pattern of behavior around flips has remained consistent even in February 2016, but his strategy unfolds less quickly and involves less extreme size.

73.     I relied on the order messaging and market data to conduct analyses that parallel those summarized in Tables 1 to 4 of my original report in this matter, the results of which are contained in Panel I of Tables 1 to 4 accompanying this report.  I also completed an analysis that extends the findings contained in Table 2, the results of which are contained in Panel I of Table 2 Extended of this report.

### A.  MR. OYSTACHER CONTINUED IN FEBRUARY 2016 TO ENGAGE IN LARGE AND FREQUENT FLIPS.

74.     Table 1, Panel I, of this report contains results for the 10-Year Treasury Note futures market in February 2016 that parallel those contained in Panels A to H in Table 1 of my original report.  The results indicate that Mr. Oystacher continued to flip frequently on the

31

examined dates, engaging in 53 flips. He canceled 20,454 contracts in flips, a quantity greater than any of the thousands of other trading accounts active in the 10-Year Treasury Note futures market on these dates. Mr. Oystacher entered 66,012 contracts on the trade side of his flips, also a quantity greater than any other trading account. He executed 44,860 contracts on the orders entered on the trade side of his flips, also a quantity greater than any other account. The executions on the trade-side flip orders comprised 34.10% of Mr. Oystacher's total contracts executed on the examined dates. This percentage is also the highest among any of the thousands of trading accounts active on these dates.

75.     In short, the data in Table 1 Panel I supports the conclusion that on the two examined dates in February 2016, Mr. Oystacher engaged in flipping activity on a larger scale, and relied on trade-side flip orders to execute his trades to a greater extent, as compared to any of the 5,724 other accounts active in the 10-Year Treasury Note futures on those dates. That is, Mr. Oystacher's flipping conduct remains unique as compared to other traders, in many significant ways.

### B.  MR. OYSTACHER CONTINUED IN FEBRUARY 2016 TO CREATE LARGE IMBALANCES IN THE OBSERVABLE LIMIT ORDER BOOK IN THE SECONDS BEFORE HIS FLIPS.

76.     Table 2, Panel I, of this report contains results for the 10-Year Treasury Note futures market on the examined dates in February 2016 that parallel those contained in Table 2 of my original report regarding Mr. Oystacher's creation of market data imbalances just before flips. The results for 10-Year Treasury Note futures no longer indicate that Mr. Oystacher engages in sharp acceleration in order entry on the cancel side in the final few seconds before his flips, and the last second in particular does not stand out relative to the immediately preceding

32

seconds.[15] Nor do the data in Table 2, Panel I indicate that Mr. Oystacher's rate of Iceberg usage on the cancel side declined dramatically in the last second before his flips, as compared to the immediately preceding seconds.

77.    In contrast to results for the examined dates in my original report, which showed that Mr. Oystacher accelerated his order entry on the cancel side in the last few seconds before his flips, the results for 10-Year Treasury Note futures in February 2016 show that Mr. Oystacher's order entry within the final five seconds before his flips was relatively smooth. However, this observation notwithstanding, the data continues to support the conclusion that Mr. Oystacher created large imbalances in the observable limit order book prior to his flips, as I will describe below.

78.    To assess whether the changes in Mr. Oystacher's order entry behavior in the final five seconds before his flip hold more generally, I compile a broader set of statistics as well. The extensions are in two dimensions.  First, I compile statistics pertaining to the quantity of contracts exposed (the size of non-Iceberg orders or the displayed size of Iceberg orders). Findings for the exposed quantities are particularly relevant, since these are the quantities that are displayed to other market participants in the market data.   Second, I broaden the time horizon to consider Mr. Oystacher's order entries in the thirty seconds prior to each flip, rather than limiting the analysis to ten seconds as in my original report.[16]

---

[15] There is some indication of acceleration in the rate of order entry on the cancel side, e.g. from an average of 0.37 orders for 41.4 contracts when the flip is five seconds away to 0.40 orders for 84.7 contracts in the final second, but the acceleration is not statistically significant.
[16] Since the intent is to document order entry prior to flips and not the effect of the flip itself, this analysis excludes those orders entered in the same millisecond as the flip itself.

| | Excerpt from Panel I of Table 2 Extended | | | | | |
|---|---|---|---|---|---|---|
| | Same Side as Impending Flip | | | Opposite Side as Impending Flip | | |
| Seconds to Next Flip | Number of Orders per 5 Seconds | Number of Exposed Contracts per 5 Seconds | Percent of Contracts that are Exposed | Number of Orders per 5 Seconds | Number of Exposed Contracts per 5 Seconds | Percent of Contracts that are Exposed |
| 1 to 5 | 1.98 | 220.15 | 60.8% | 0.15 | 14.21 | 11.8% |
| 6 to 10 | 1.18 | 129.18 | 52.8% | 0.18 | 17.18 | 24.3% |
| 11 to 15 | 0.94 | 104.71 | 41.6% | 0.51 | 51.59 | 27.9% |
| 16 to 20 | 0.65 | 68.46 | 56.5% | 0.44 | 43.48 | 26.3% |
| 21 to 25 | 0.81 | 86.62 | 45.4% | 0.40 | 39.62 | 26.5% |
| 26 to 30 | 0.54 | 58.20 | 34.2% | 0.24 | 26.54 | 100.0% |

79.     The results, reported in Table 2 Extended Panel I, support several conclusions. First, Mr. Oystacher did accelerate his order entry on the cancel side ahead of his flips.   His rate of order entry per five seconds on the cancel side increased from 0.54 when the flip was 26 to 30 seconds away to 1.18 when the flip was 6 to 10 seconds away, and to 1.98 during the final five seconds.[17]   The number of exposed contracts displayed to the market on his order entries increased from an average of 58 contracts when the flip was between 26 to 30 seconds away to 129 contracts when the flip was between 6 and 10 seconds away, and to 220 contracts in the last five seconds before the flip.   The acceleration in number of orders entered and in the number of contracts exposed on the cancel side prior to flips is statistically significant.

---

[17] The 1 to 5 Seconds to Next Flip category includes orders entered before any cancel event, up to and including 5 seconds before any cancel event.  The 6 to 10 Seconds to Next Flip category includes orders entered more than 5 seconds before any cancel event, up to and including 10 seconds before any cancel event, etc.

80.     The data in Table 2 Extended Panel I demonstrate a remarkable degree of *symmetry* across the two sides of the market in Mr. Oystacher's order entry behavior at those points in time when his next flip was more than thirty seconds away.   He entered 820 orders involving 82,938 exposed contracts and 225,391 total contracts on the same side as the next flip and 816 orders involving 83,326 exposed contracts and 217,950 contracts on the opposite side as the next flip, when the next flip was more than 30 seconds hence.  Formal statistical tests are consistent with the hypothesis that Mr. Oystacher's order entry behavior in 10-Year Treasury Note futures on the examined dates was perfectly symmetric across sides of the market when his next flip was more than 30 seconds away.

81.     The symmetry in Mr. Oystacher's order entry behavior when his next flip was more than 30 seconds away only serves to highlight the *asymmetry* across sides of the market in his order entry behavior in the seconds prior to his flips on the examined dates in February 2016. In particular, in the last fifteen seconds before his upcoming flips Mr. Oystacher entered 44,014 contracts on the cancel side compared to 19,027 contracts on the opposite side.   Even more striking, in the last fifteen seconds he exposed to the market 23,387 contracts (53.1% of total) on the cancel side, compared to only 4,157 contracts (21.8% of total) on the opposite side.   The asymmetry is most notable in the last five seconds before the flip, where Mr. Oystacher exposed 11,668 contracts (60.7% of the contracts he entered) on the cancel side, as compared to only 753 contracts (11.8% of contracts the contracts he entered) on the opposite side.   All of these asymmetries across the cancel side and the opposite side are statistically significant, and are unlikely to have occurred by chance.

82.     These strong and significant asymmetries verify that Mr. Oystacher's order entry decisions ahead of his flips on the examined dates in February 2016 continued to create large and

growing imbalances in the observable limit order book ahead of his flips, consistent with the spoofing hypothesis. In contrast to some results contained in my original report, the imbalances were not attributable to significant acceleration of his rate of order entry within the final five seconds, nor to a sudden disappearance of Iceberg orders in the last second. Instead, the imbalances were attributable to acceleration of order entry on the cancel side that was spread out over the final thirty seconds, in combination with the exposure to the market of a higher proportion of the total orders entered on the cancel side as the flips drew closer.

83. As noted in Section II of this report, I consider the data indicating that Mr. Oystacher entered orders in a manner that created a large imbalance in the observable imbalance in the market data in the seconds ahead of his flips to be particularly informative regarding the spoofing hypothesis, since this data focuses directly on his order entry behavior. The data from the 10-Year Treasury Note futures market in February 2016 supports the conclusion that Mr. Oystacher continues to engage in spoofing.

84. For completeness, I conducted the same analysis for the examined days and markets from my original report. The results are reported as Panels A to H of Table 2 Extended. These show very similar patterns in Mr. Oystacher's order entry in the thirty seconds prior to his flips, and support the same general conclusions.


### C. COMPARING OUTCOMES ACROSS TRADE SIDE, CANCEL SIDE, AND NON-FLIP ORDERS OF MR. OYSTACHER'S FEBRUARY 2016 FLIPS.

85. Table 3 of this report contains statistics computed for Mr. Oystacher's flip events on the examined dates in February 2016 that correspond to the statistics in Tables 3A and 3B of my original report. Results in in the first panel of Table 3 pertain to a narrowed set of events

defined by the same criteria described in my original report and in footnote 14 above, while results in the second panel of Table 3 pertain the full set of Mr. Oystacher's February 2016 flips on the examined dates. Table 4 of this report contains averages computed across individual orders for Mr. Oystacher's cancel-side orders, his trade-side orders, and his non-flip orders on the examined dates.

86.     The results on Tables 3 and 4 of this report regarding Mr. Oystacher's flips in 10-Year Treasury Note Futures on the examined dates during February 2016 in most ways mirror those contained in the corresponding Tables of my original report. The following observations for the 10-Year Treasury Note data are all consistent with observations from my original report.

87.     Mr. Oystacher entered multiple orders on the cancel side of his flips (an average of 3.4 in the full set and 2.0 in the narrowed set, Table 3). His execution rates, reported on Table 4, were low for his cancel-side orders (1.9% in the full set and 0.0% in the narrowed set) as compared to 17.3% for his non-flip orders. In contrast, his execution rates for his trade-side orders were high (74.60% in the full set and 25.4% in the narrowed set), as reported on Table 4. His cancel-side order entry was large relative to quantities already in the limit order book at the event price or better, averaging 1.73 times as large in the full set and 3.34 times as large in the narrowed set (Table 3).

88.     His personal set of unexecuted orders (Table 4) was heavily imbalanced to the cancel side (66.0% imbalance in the full set and 92.0% imbalance in the narrowed set) at the time he canceled his cancel-side orders, as compared to times when he canceled his non-flip orders (40.3% imbalance) and when he canceled his trade-side orders (23.4% in the full set and 4.0% in the narrowed set). Table 4 shows that his cancel-side orders were rarely Icebergs (5.6%

37

in the full set and 0.0% in the narrowed set) as compared to his non-flip orders (25.3% Icebergs) and his trade-side orders (97.5% Icebergs in the full set and 100.0% in the narrowed set).[18]

| | Excerpt from Table 4 | | | | |
|---|---|---|---|---|---|
| | | Cancel-Side Orders | | Trade-Side Orders | |
| | Non-Flip Orders | All | Narrowed Set | All | Narrowed Set |
| Percent of Order Executed | 17.3% | 1.9% | 0.0% | 74.6% | 25.4% |
| Order Book Imbalance | 40.3% | 66.0% | 92.0% | 23.4% | 4.0% |
| Percent Iceberg | 25.3% | 5.6% | 0.0% | 97.5% | 100.0% |

89.     The data on Table 3 of this report also indicates that market conditions improved (in the direction that would provide better executions for trade-side orders) between the time Mr. Oystacher's cancel-side orders were entered and his flips.   However, these improvements were generally not statistically significant in the relatively small samples.  In any case, improvements in market quality are not required to support the spoofing hypothesis since, as noted, no trading strategy is always successful.

90.     The results summarized above support the conclusion that, in many respects, Mr. Oystacher's pattern of flip activity has remained unchanged in February 2016 as compared to earlier dates.   The most notable distinction between the results reported in Table 3 of this report regarding Mr. Oystacher's flip activity in February 2016 and the corresponding results in my earlier report regarding Mr. Oystacher' flip activity in earlier time periods concerns the

---

[18] As in my original report, Iceberg orders that otherwise survive the narrowing criteria are included in this computation, but are excluded from results on the first panel of Table 3.

proportion of the total flip events and orders that survive the criteria used to specify the narrowed set of events.

91.     Mr. Oystacher engaged on the examined dates in February 2016 in 53 flip events involving 182 cancel-side orders and 23,484 cancel side contracts (second panel of Table 3). After applying the narrowing criterial, two events involving four cancel-side orders and 444 cancel-side contracts remained (first panel of Table 3).   I determined that only five of the original 53 events remained after cancel-side orders with enter-to-cancel times less than one second were eliminated.   Among the remaining five events, the criterion that order entry on the cancel side at least doubled the existing quantity of orders displayed at the event price or better eliminated three events.

### D.   CONCLUSIONS REGARDING MR. OYSTACHER'S PATTERN OF FLIPPING ACTIVITY IN FEBRUARY 2016 AND EARLIER PERIODS.

92.     The data compiled in this report pertaining to 10-Year Treasury Note futures on the examined dates in February 2016 reveal some modest changes in Mr. Oystacher's pattern of activity around his flips as compared to the results based on earlier periods as described in my original report.  In particular, Mr. Oystacher no longer significantly accelerates his order entry on the cancel side *within* the five seconds prior to his flips, and fewer of the orders that he cancels in his flips were entered within one second of the flip.   Also, the magnitude of Mr. Oystacher's cancel side order entry relative to the quantity of displayed orders already in the limit order book, while still large, is not as great on the examined dates in February 2016 as it was during earlier periods.

93.     Nevertheless, the data supports the conclusion that Mr. Oystacher's overall pattern of flipping activity remains largely consistent in data drawn from February 2016 as

compared to the pattern observable in data drawn from earlier periods ranging from December 2011 through May of 2015 and described in my original report. The most recent data continues to support the conclusion that Mr. Oystacher entered cancel-side orders with intent to spoof.

94.     In particular, the pattern of conduct that persists even in February 2016 includes:

(i) Mr. Oystacher engages in flipping on a larger scale and relies on the orders entered on the trade side of his flips to execute trades to a greater extent than any of the thousands of other traders active in the market.

(ii) Mr. Oystacher continues to create large imbalances in the limit order book displayed to other market participants in the seconds prior to his flips, because he accelerates his rate of order entry, increases the percentage of his orders that are displayed rather than hidden on the cancel side, and because he displays more contracts on the cancel side as compared to the opposite side.

(iii) Mr. Oystacher continues to enter large orders on the trade side of his flips, and continues to enjoy high execution rates on his trade-side orders.

(iv) The reductions in magnitudes noted above notwithstanding, Mr. Oystacher continues to enter large quantities of orders (over 23,000 contracts in just two days) on the cancel side of his flips.

(v) Mr. Oystacher continues to use Iceberg orders less frequently on his cancel-side orders as compared to his non-flip or trade-side orders.

(vi) Mr. Oystacher's personal set of unexecuted orders remains significantly more imbalanced prior to his flips as compared to times when he cancels non-flip or trade-side orders.

Hendrik Bessembinder

3/11/2016

Date

**Table 1: Frequency of Flips and Activity Associated with Flips, by "Tag50"**
**Panel I. 10-Year Treasury Note (5,725 accounts examined - reported are those in top 50 by contracts entered, with at least 1 flip event)**

| | Trader | Overall Activity | | | | Flip Activity | | | | | | | | Percent of Total at Flips | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Contracts Entered | | Contracts Traded | | Events | | Canceled at Flip | | Entered Following | | Traded Following | | Cancel at Flip vs. Total Entered | | Traded After Flip vs. Total Traded | |
| | | Number | Rank | Number | Rank | Number | Rank | Contracts | Rank | Contracts | Rank | Contracts | Rank | Percent | Rank | Percent | Rank |
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] |
| [1] | Mr. Oystacher | 579,908 | 5 | 131,032 | 3 | 53 | 24 | 20,454 | 1 | 66,012 | 1 | 44,680 | 1 | 3.53% | 9 | 34.10% | 1 |
| [2] | 1 | 2,492,290 | 1 | 26,993 | 32 | 50 | 26 | 1,264 | 15 | 994 | 19 | 870 | 17 | 0.05% | 178 | 3.22% | 47 |
| [3] | 2 | 1,111,795 | 2 | 309,494 | 1 | 194 | 9 | 17,760 | 2 | 23,666 | 4 | 12,926 | 4 | 1.60% | 47 | 4.18% | 35 |
| [4] | 4 | 746,699 | 4 | 35,308 | 23 | 1 | 166 | 58 | 81 | 4 | 183 | 4 | 152 | 0.01% | 196 | 0.01% | 178 |
| [5] | 8 | 464,459 | 8 | 17,595 | 46 | 1 | 166 | 162 | 42 | 48 | 99 | 0 | 179 | 0.03% | 186 | 0.00% | 179 |
| [6] | 9 | 499,629 | 6 | 55,628 | 14 | 579 | 2 | 12,893 | 3 | 6,214 | 8 | 3,397 | 8 | 2.58% | 26 | 6.11% | 16 |
| [7] | 10 | 493,594 | 7 | 163,873 | 2 | 205 | 8 | 8,713 | 4 | 50,693 | 2 | 15,215 | 3 | 1.77% | 43 | 9.28% | 7 |
| [8] | 12 | 231,661 | 21 | 96,073 | 5 | 8 | 99 | 1,827 | 12 | 2,720 | 11 | 2,720 | 10 | 0.79% | 91 | 2.83% | 54 |
| [9] | 14 | 417,902 | 9 | 5,022 | 156 | 1 | 166 | 13 | 146 | 1 | 195 | 1 | 174 | 0.00% | 198 | 0.02% | 176 |
| [10] | 24 | 276,959 | 16 | 38,662 | 22 | 298 | 5 | 5,366 | 8 | 2,816 | 10 | 1,831 | 11 | 1.94% | 38 | 4.74% | 28 |
| [11] | 26 | 251,097 | 18 | 14,311 | 55 | 66 | 20 | 1,171 | 16 | 841 | 21 | 303 | 28 | 0.47% | 122 | 2.12% | 76 |
| [12] | 27 | 243,325 | 19 | 5,586 | 142 | 1 | 166 | 30 | 111 | 4 | 183 | 4 | 152 | 0.01% | 194 | 0.07% | 174 |
| [13] | 28 | 234,218 | 20 | 81,710 | 9 | 487 | 3 | 7,560 | 5 | 8,681 | 6 | 3,924 | 6 | 3.23% | 13 | 4.80% | 27 |
| [14] | 30 | 225,547 | 23 | 38,861 | 21 | 137 | 12 | 1,664 | 13 | 2,311 | 12 | 1,584 | 12 | 0.74% | 92 | 4.08% | 37 |
| [15] | 33 | 191,457 | 26 | 41,525 | 20 | 36 | 37 | 993 | 20 | 1,006 | 18 | 718 | 18 | 0.52% | 118 | 1.73% | 89 |
| [16] | 38 | 182,204 | 28 | 7,016 | 112 | 25 | 53 | 1,049 | 19 | 469 | 32 | 466 | 25 | 0.58% | 112 | 6.64% | 14 |
| [17] | 41 | 166,978 | 31 | 88,478 | 7 | 2 | 145 | 5 | 174 | 14 | 145 | 14 | 121 | 0.00% | 199 | 0.02% | 177 |
| [18] | 43 | 119,594 | 43 | 67,614 | 10 | 3 | 135 | 18 | 126 | 181 | 42 | 112 | 45 | 0.02% | 192 | 0.17% | 169 |
| [19] | 44 | 161,939 | 33 | 27,752 | 29 | 1 | 166 | 22 | 121 | 66 | 81 | 0 | 179 | 0.01% | 193 | 0.00% | 179 |
| [20] | 51 | 128,205 | 40 | 51,612 | 18 | 229 | 7 | 1,097 | 17 | 1,522 | 15 | 909 | 16 | 0.86% | 86 | 1.76% | 88 |
| [21] | 52 | 139,467 | 38 | 113,566 | 4 | 1,693 | 1 | 3,986 | 9 | 34,668 | 3 | 31,917 | 2 | 2.86% | 18 | 28.10% | 2 |
| [22] | 53 | 134,994 | 39 | 4,624 | 172 | 1 | 166 | 50 | 93 | 10 | 154 | 10 | 131 | 0.04% | 185 | 0.22% | 165 |
| [23] | 60 | 120,532 | 42 | 56,414 | 13 | 11 | 88 | 55 | 87 | 1,009 | 17 | 912 | 15 | 0.05% | 183 | 1.62% | 94 |
| [24] | 61 | 119,442 | 44 | 33,938 | 24 | 18 | 68 | 858 | 21 | 728 | 25 | 247 | 30 | 0.72% | 94 | 0.73% | 134 |
| [25] | 62 | 117,466 | 45 | 56,893 | 12 | 130 | 13 | 7,042 | 6 | 10,740 | 5 | 5,896 | 5 | 5.99% | 3 | 10.36% | 5 |
| [26] | 64 | 113,985 | 47 | 15,230 | 52 | 4 | 127 | 54 | 88 | 60 | 88 | 20 | 105 | 0.05% | 180 | 0.13% | 170 |
| [27] | 67 | 109,138 | 50 | 13,697 | 59 | 8 | 99 | 91 | 61 | 113 | 57 | 61 | 64 | 0.08% | 168 | 0.45% | 152 |
| [28] | All 199 Traders with Flip Events, Excl. Mr. Oystacher | 12,129,064 | | 2,214,082 | | 7,709 | | 100,190 | | 182,083 | | 103,157 | | 0.83% | | 4.66% | |

**Table 1: Frequency of Flips and Activity Associated with Flips, by "Tag50"**

**Notes:**
(a) A flip consists of the cancellation of an order followed by an opposite side order entry within .005 seconds and at the same or better price.
(b) Canceled at Flip includes orders canceled in the 5ms up to and including the event order.
(c) Total quantities include all records in the Order Messaging Data for a given market and time period.
(d) "Entered Following" includes orders entered at the same time or in the 5ms following the event order (i.e., the canceled order that identifies the flip), on the opposite side of the book as the event order, and at a price equal to or better than that of the event order.
(e) "Traded Following" includes all executions against orders entered following a flip.

**Source:** Order Messaging Data.

**Table 2: Oystacher Order Entry by Seconds to Next Flip**

| | | Same Side as Impending Cancel | | | | | Opposite Side as Impending Cancel | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seconds to Cancel | | Number of Orders | Total Contracts Entered | Number of Orders Per Second | Number of Contracts Per Second | Percent Iceberg | Number of Orders | Total Contracts Entered | Number of Orders Per Second | Number of Contracts Per Second | Percent Iceberg |
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | **Panel I: 10-Year Treasury Note** | | | | | | | | | | |
| [1] | 1 | 21 | 4,487 | 0.40 | 84.66 | 65.37% | 0 | 0 | 0.00 | 0.00 | 0.00% |
| [2] | 2 | 22 | 4,598 | 0.42 | 86.75 | 63.79% | 0 | 0 | 0.00 | 0.00 | 0.00% |
| [3] | 3 | 22 | 3,520 | 0.42 | 67.69 | 43.24% | 1 | 1,411 | 0.02 | 27.13 | 100.00% |
| [4] | 4 | 21 | 4,487 | 0.41 | 87.98 | 62.89% | 5 | 2,142 | 0.10 | 42.00 | 94.82% |
| [5] | 5 | 19 | 2,109 | 0.37 | 41.35 | 0.00% | 2 | 2,822 | 0.04 | 55.33 | 100.00% |
| [6] | 6 | 28 | 3,943 | 0.55 | 77.31 | 26.12% | 0 | 0 | 0.00 | 0.00 | 0.00% |
| [7] | 7 | 10 | 1,110 | 0.20 | 22.20 | 0.00% | 3 | 1,633 | 0.06 | 32.66 | 86.41% |
| [8] | 8 | 6 | 3,266 | 0.12 | 65.32 | 86.41% | 1 | 111 | 0.02 | 2.22 | 0.00% |
| [9] | 9 | 10 | 3,488 | 0.20 | 71.18 | 80.91% | 1 | 1,411 | 0.02 | 28.80 | 100.00% |
| [10] | 10 | 6 | 666 | 0.12 | 13.59 | 0.00% | 4 | 444 | 0.08 | 9.06 | 0.00% |
| [11] | 11+ | 960 | 260,354 | . | . | 71.17% | 892 | 243,193 | . | . | 71.90% |
| [12] | P-value | | | 52.30% | 45.18% | 36.34% | | | | | |

**Source:** Order Messaging Data.

**Table 3: Statistics Computed Across Mr. Oystacher's Flip Events, 10-Year Treasury Note**

| | Cancel Side | | | | | | | | | | | | | Trade Side | | | | |
| | Cancel Side All Orders | | | | Measures Based on Earliest Cancel Side Order at Event Price | | | | | | First Enter to First Cancel | | | | | | | |
| | No of Orders | No of Iceberg Orders | Total Enter Qty | Trade Pct | Ticks to BBO | Enter to Cancel Time (Secs) | Mkt Book Orders at Event Price or Better on Entry | Mkt Book Qty at Event Price or Better on Entry | Ratio of Cancel-Side Enter Qty to Mkt Book Qty at Event Price or Better | Oystacher Cancel-Side Imbalance as a Pct of his Book | Enter to Cancel Change in BBO (ticks) | Enter to Cancel Change Order Qty, excl Oystacher | Enter to Cancel Change Order Cnt, excl Oystacher | No of Orders | No of Iceberg Orders | Avg Ticks to BBO on Entry | Total Enter Qty | Trade Pct |
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] | [18] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Narrowed Set of Flip Events (2 trading days, 2 flip events)** | | | | | | | | | | | | | | | | | | |
| [1] Total | 4 | 0 | 444 | | | | | | | | | | | 2 | 2 | | 2,822 | |
| [2] Mean | 2.00 | 0.00 | 222.00 | 0.00% | 0.00 | 0.75 | 8.00 | 101.00 | 3.34 | 91.96% | 0.00 | 44.50 | 10.00 | 1.00 | 1.00 | -1.00 | 1,411 | 25.37% |
| [3] T-test (mean = 0) | | | | | | | | | | | 0.00 | 3.87 | 5.00 | | | | | |
| [4] P-value | | | | | | | | | | | NA | 16.10% | 12.57% | | | | | |
| **All Flip Events (2 trading days, 53 flip events)** | | | | | | | | | | | | | | | | | | |
| [5] Total | 182 | 13 | 23,484 | | | | | | | | | | | 80 | 78 | | 66,012 | |
| [6] Mean | 3.43 | 0.25 | 443.09 | 6.20% | -0.08 | 28.51 | 68.02 | 604.62 | 1.73 | 68.72% | 0.08 | 6.34 | 8.51 | 1.51 | 1.47 | -0.89 | 1,246 | 71.23% |
| [7] T-test (mean = 0) | | | | | | | | | | | 1.66 | 0.09 | 1.14 | | | | | |
| [8] P-value | | | | | | | | | | | 10.30% | 93.13% | 26.08% | | | | | |

**Notes:**
(a) Mean is the average per flip event.

**Sources:**
(a) Order Messaging Data.
(b) Market Data.

**Table 4: Comparison of Order Characteristics Across Mr. Oystacher's Flip Events and Non-Flip Events**

| | Non-Flip Orders | Narrowed Set of Flip Events | | | | All Flip Events | | | |
| | | Cancel Side | | Trade Side | | Cancel Side | | Trade Side | |
| | Mean | Mean | P-Value | Mean | P-Value | Mean | P-Value | Mean | P-Value |
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] |
| **Panel I: 10-Year Treasury Note** | | | | | | | | | |
| [1] Order Size (Number of Contracts) | 267.55 | 111.00 | 42.78% | 1,411.00 | 0.00% | 119.23 | 0.00% | 825.15 | 0.00% |
| [2] Percent of Orders as Icebergs | 25.31 | 0.00 | 26.65% | 100.00 | 2.04% | 5.59 | 0.00% | 97.50 | 0.00% |
| [3] Ticks to BBO at Entry | 0.87 | 0.00 | 81.20% | -1.00 | 71.83% | 0.01 | 13.32% | -0.88 | 3.70% |
| [4] Percent Establishing New BBO at Entry | 4.67 | 0.00 | 73.47% | 100.00 | 0.00% | 2.79 | 25.33% | 92.50 | 0.00% |
| [5] Percent of Order Executed | 17.25 | 0.00 | 35.97% | 25.37 | 76.01% | 1.86 | 0.00% | 74.60 | 0.00% |
| [6] Imbalance in Oystacher's Book at Cancel, Percent | 40.31 | 91.96 | 7.13% | 3.97 | 36.90% | 65.97 | 0.00% | 23.41 | 4.73% |
| [7] Enter-to-Cancel Time (Seconds) | 64.48 | 0.69 | 46.46% | 29.39 | 77.59% | 23.36 | 0.26% | 132.72 | 1.38% |

**Notes:**

(a)  Mean is the average per order.

(b)  Each P-value tests the hypothesis that the Flip Event Mean is equal to the Non-Event Mean.

(c)  Narrowed Event columns include Iceberg orders that otherwise meet the narrowing criteria.

(d)  Ticks to BBO is number of ticks above best offer for sells or number of ticks below best bid for buys.

(e)  Imbalance in Oystacher's Book at Cancel is measured at the time the order is canceled and is calculated as his unexecuted order quantity on the cancel side less his unexecuted order quantity on the opposite side, as a percentage of his total unexecuted quantity in the book.

(f)  Orders that appear on the trade side of one flip and the cancel side of another flip are categorized as trade side.

**Sources:**

(a) Order Messaging Data.

(b) Market Data.

**Table 5: Mr. Oystacher's Use of Iceberg Orders in the 10-Year Treasury Note Through Time**

| | Period | Order Group | No of Iceberg Orders | No of Non-Iceberg Orders | Pct of Orders that are Icebergs | Average Displayed Size, Icebergs | Average Total Size, Icebergs | Average Size, Non-Icebergs | Total Qty Entered, Icebergs | Total Qty Entered, Non-Icebergs | Pct of Total Qty Entered as Icebergs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] |
| [1] | Feb. 2016 | Non Flip | 466 | 1,375 | 25.31% | 96.63 | 749.38 | 104.25 | 349,211 | 143,343 | 70.90% |
| [2] | Feb. 2016 | Cancel Side | 10 | 169 | 5.59% | 80.60 | 254.70 | 111.21 | 2,547 | 18,795 | 11.93% |
| [3] | Feb. 2016 | Trade Side | 78 | 2 | 97.50% | 89.95 | 843.46 | 111.00 | 65,790 | 222 | 99.66% |
| [4] | Feb. 2016 | All Orders | 554 | 1,546 | 26.38% | | | | 417,548 | 162,360 | 72.00% |

**Notes:**
(a) Includes all orders, not just those that meet narrowing criteria.
(b) Orders that appear on the trade side of one flip and the cancel side of another flip are categorized here as trade side.

**Source:**
(a) Order Messaging Data.

**Table 6: Mr. Oystacher's Presence in Market Between his First and Last Daily Activity**

| | | | Participation at Best Bid/Offer | | | | | | | Participation at Any Price | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | First Activity | Last Activity | Active Time (Secs) | Secs at Best Bid | Pct of Time at Best Bid | Secs at Best Offer | Pct of Time at Best Offer | Secs at Best Bid and Best Offer | Pct of Time at Best Bid and Best Offer | Secs with Buy Qty at Any Price | Pct of Time with Buy Qty | Secs with Sell Qty at Any Price | Pct of Time with Sell Qty | Secs with Qty on Both Sides, Any Price | Pct of Time with Qty at any Price on Both Sides |
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] |
| **10-Year Treasury Note** | | | | | | | | | | | | | | | |
| [1] 1-Feb-16 | 06:40:35.757 | 09:01:55.687 | 8,480 | 1,667 | 19.65% | 1,898 | 22.38% | 731 | 8.62% | 4,460 | 52.60% | 6,047 | 71.31% | 3,528 | 41.60% |
| [2] 2-Feb-16 | 06:21:11.126 | 12:10:58.039 | 20,987 | 5,442 | 25.93% | 4,303 | 20.50% | 1,213 | 5.78% | 14,030 | 66.85% | 12,191 | 58.09% | 7,921 | 37.74% |
| [3] **Total ZN** | | | **29,467** | **7,109** | **24.12%** | **6,200** | **21.04%** | **1,945** | **6.60%** | **18,490** | **62.75%** | **18,238** | **61.89%** | **11,449** | **38.85%** |

**Sources:**
(a) Order Messaging Data.
(b) Market Data.

**Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets**
**Panel A: Crude Oil**

| | Seconds to Cancel | Number of Orders | Total Contracts Entered | Total Contracts Exposed | Average Contract Size | Average Exposed Size | Number of Orders Per 5 Seconds | Number of Contracts Per 5 Seconds | Number of Exposed Contracts Per 5 Seconds | Percent of Contracts that are Iceberg | Percent of Contracts that are Exposed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | **Same Side as Impending Cancel** | | | | | | | | | | |
| [1] | 1 to 5 | 3,024 | 62,106 | NA | 20.5 | NA | 6.24 | 128.05 | NA | 20.54% | NA |
| [2] | 6 to 10 | 336 | 7,157 | NA | 21.3 | NA | 1.81 | 38.48 | NA | 45.54% | NA |
| [3] | 11 to 15 | 98 | 2,332 | NA | 23.8 | NA | 0.99 | 23.56 | NA | 42.80% | NA |
| [4] | 16 to 20 | 77 | 1,310 | NA | 17.0 | NA | 0.97 | 16.58 | NA | 60.69% | NA |
| [5] | 21 to 25 | 48 | 1,016 | NA | 21.2 | NA | 0.68 | 14.31 | NA | 29.53% | NA |
| [6] | 26 to 30 | 34 | 754 | NA | 22.2 | NA | 0.56 | 12.36 | NA | 6.63% | NA |
| [7] | Over 30 | 121 | 3,537 | NA | 29.2 | NA | . | . | . | 49.45% | NA |
| [8] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.00% | 0.00% | | 0.00% | NA |
| | **Opposite Side as Impending Cancel** | | | | | | | | | | |
| [9] | 1 to 5 | 539 | 20,385 | NA | 37.8 | NA | 1.11 | 42.03 | NA | 67.71% | NA |
| [10] | 6 to 10 | 204 | 6,707 | NA | 32.9 | NA | 1.10 | 36.06 | NA | 56.57% | NA |
| [11] | 11 to 15 | 67 | 2,334 | NA | 34.8 | NA | 0.68 | 23.58 | NA | 51.20% | NA |
| [12] | 16 to 20 | 29 | 860 | NA | 29.7 | NA | 0.37 | 10.89 | NA | 35.47% | NA |
| [13] | 21 to 25 | 37 | 1,024 | NA | 27.7 | NA | 0.52 | 14.42 | NA | 53.91% | NA |
| [14] | 26 to 30 | 41 | 1,217 | NA | 29.7 | NA | 0.67 | 19.95 | NA | 37.06% | NA |
| [15] | Over 30 | 182 | 4,324 | NA | 23.8 | NA | . | . | . | 39.22% | NA |
| [16] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.12% | 0.00% | NA | 0.00% | NA |
| | **Test for Hypothesis that Same Side Equals Opposite Side (p-values)** | | | | | | | | | | |
| [17] | 1 to 5 | 0.00% | 0.00% | NA | 0.00% | NA | 0.00% | 0.00% | NA | 0.00% | NA |
| [18] | 6 to 10 | 0.00% | 45.12% | NA | 0.00% | NA | 0.56% | 65.52% | NA | 1.03% | NA |
| [19] | 11 to 15 | 1.54% | 99.56% | NA | 0.47% | NA | 24.13% | 99.76% | NA | 28.23% | NA |
| [20] | 16 to 20 | 0.00% | 3.21% | NA | 0.82% | NA | 5.02% | 33.19% | NA | 1.08% | NA |
| [21] | 21 to 25 | 23.50% | 97.14% | NA | 19.63% | NA | 56.96% | 98.55% | NA | 2.26% | NA |
| [22] | 26 to 30 | 42.26% | 4.11% | NA | 24.23% | NA | 75.59% | 33.56% | NA | 0.29% | NA |
| [23] | Over 30 | 0.04% | 8.14% | NA | 6.38% | NA | | | | 7.47% | NA |

**Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets**
**Panel B: Natural Gas**

| | Seconds to Cancel | Number of Orders | Total Contracts Entered | Total Contracts Exposed | Average Contract Size | Average Exposed Size | Number of Orders Per 5 Seconds | Number of Contracts Per 5 Seconds | Number of Exposed Contracts Per 5 Seconds | Percent of Contracts that are Iceberg | Percent of Contracts that are Exposed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | | | | | | **Same Side as Impending Cancel** | | | | | |
| [1] | 1 to 5 | 7,025 | 102,716 | NA | 14.6 | NA | 7.64 | 111.65 | NA | 7.46% | NA |
| [2] | 6 to 10 | 1,368 | 18,053 | NA | 13.2 | NA | 3.29 | 43.40 | NA | 24.64% | NA |
| [3] | 11 to 15 | 389 | 6,632 | NA | 17.0 | NA | 1.68 | 28.59 | NA | 23.61% | NA |
| [4] | 16 to 20 | 172 | 3,070 | NA | 17.8 | NA | 1.04 | 18.61 | NA | 28.89% | NA |
| [5] | 21 to 25 | 147 | 2,677 | NA | 18.2 | NA | 1.12 | 20.44 | NA | 20.96% | NA |
| [6] | 26 to 30 | 61 | 1,714 | NA | 28.1 | NA | 0.54 | 15.30 | NA | 50.00% | NA |
| [7] | Over 30 | 443 | 9,615 | NA | 21.7 | NA | . | . | . | 29.85% | NA |
| [8] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.00% | 0.00% | | 0.00% | NA |
| | | | | | | **Opposite Side as Impending Cancel** | | | | | |
| [9] | 1 to 5 | 1,025 | 27,250 | NA | 26.6 | NA | 1.11 | 29.62 | NA | 68.08% | NA |
| [10] | 6 to 10 | 481 | 12,207 | NA | 25.4 | NA | 1.16 | 29.34 | NA | 56.36% | NA |
| [11] | 11 to 15 | 172 | 4,478 | NA | 26.0 | NA | 0.74 | 19.30 | NA | 57.57% | NA |
| [12] | 16 to 20 | 137 | 2,800 | NA | 20.4 | NA | 0.83 | 16.97 | NA | 35.61% | NA |
| [13] | 21 to 25 | 44 | 1,213 | NA | 27.6 | NA | 0.34 | 9.26 | NA | 39.16% | NA |
| [14] | 26 to 30 | 86 | 1,596 | NA | 18.6 | NA | 0.77 | 14.25 | NA | 26.19% | NA |
| [15] | Over 30 | 427 | 9,113 | NA | 21.3 | NA | . | . | . | 29.11% | NA |
| [16] | P-Value, All Less Than 30 Seconds Equal | | | | | | 1.65% | 0.00% | | 0.00% | NA |
| | | | | | | **Test for Hypothesis that Same Side Equals Opposite Side (p-values)** | | | | | |
| [17] | 1 to 5 | 0.00% | 0.00% | NA | 0.00% | NA | 0.00% | 0.00% | NA | 0.00% | NA |
| [18] | 6 to 10 | 0.00% | 0.00% | NA | 0.00% | NA | 0.00% | 0.11% | NA | 0.00% | NA |
| [19] | 11 to 15 | 0.00% | 0.00% | NA | 0.00% | NA | 0.14% | 5.86% | NA | 0.00% | NA |
| [20] | 16 to 20 | 4.63% | 41.97% | NA | 38.60% | NA | 44.74% | 73.56% | NA | 20.79% | NA |
| [21] | 21 to 25 | 0.00% | 0.00% | NA | 1.95% | NA | 0.53% | 6.26% | NA | 0.82% | NA |
| [22] | 26 to 30 | 3.88% | 66.71% | NA | 6.58% | NA | 47.68% | 86.34% | NA | 0.28% | NA |
| [23] | Over 30 | 58.78% | 42.95% | NA | 82.05% | NA | | | | 81.19% | NA |

**Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets**
**Panel C: Copper**

| | Seconds to Cancel | Number of Orders | Total Contracts Entered | Total Contracts Exposed | Average Contract Size | Average Exposed Size | Number of Orders Per 5 Seconds | Number of Contracts Per 5 Seconds | Number of Exposed Contracts Per 5 Seconds | Percent of Contracts that are Iceberg | Percent of Contracts that are Exposed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | | | | | | Same Side as Impending Cancel | | | | | |
| [1] | 1 to 5 | 10,974 | 123,840 | NA | 11.3 | NA | 10.15 | 114.56 | NA | 12.06% | NA |
| [2] | 6 to 10 | 2,176 | 27,792 | NA | 12.8 | NA | 4.00 | 51.09 | NA | 31.84% | NA |
| [3] | 11 to 15 | 728 | 9,786 | NA | 13.4 | NA | 2.22 | 29.84 | NA | 26.86% | NA |
| [4] | 16 to 20 | 351 | 4,856 | NA | 13.8 | NA | 1.28 | 17.72 | NA | 27.14% | NA |
| [5] | 21 to 25 | 157 | 2,086 | NA | 13.3 | NA | 0.64 | 8.48 | NA | 19.94% | NA |
| [6] | 26 to 30 | 92 | 1,486 | NA | 16.2 | NA | 0.39 | 6.27 | NA | 22.01% | NA |
| [7] | Over 30 | 2,142 | 28,600 | NA | 13.4 | NA | . | . | . | 28.28% | NA |
| [8] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.00% | 0.00% | | 0.00% | NA |
| | | | | | | Opposite Side as Impending Cancel | | | | | |
| [9] | 1 to 5 | 2,285 | 35,882 | NA | 15.7 | NA | 2.11 | 33.19 | NA | 47.49% | NA |
| [10] | 6 to 10 | 1,759 | 24,760 | NA | 14.1 | NA | 3.23 | 45.51 | NA | 36.99% | NA |
| [11] | 11 to 15 | 641 | 8,732 | NA | 13.6 | NA | 1.95 | 26.62 | NA | 33.65% | NA |
| [12] | 16 to 20 | 239 | 3,912 | NA | 16.4 | NA | 0.87 | 14.28 | NA | 32.49% | NA |
| [13] | 21 to 25 | 168 | 2,317 | NA | 13.8 | NA | 0.68 | 9.42 | NA | 31.07% | NA |
| [14] | 26 to 30 | 126 | 1,821 | NA | 14.5 | NA | 0.53 | 7.68 | NA | 35.86% | NA |
| [15] | Over 30 | 2,267 | 29,341 | NA | 12.9 | NA | . | . | . | 25.37% | NA |
| [16] | P-Value, All Less Than 30 Seconds Equal | | | | | | 2.75% | 0.01% | | 0.00% | NA |
| | | | | | | Test for Hypothesis that Same Side Equals Opposite Side (p-values) | | | | | |
| [17] | 1 to 5 | 0.00% | 0.00% | NA | 0.00% | NA | 0.00% | 0.00% | NA | 0.00% | NA |
| [18] | 6 to 10 | 0.00% | 0.03% | NA | 1.05% | NA | 0.81% | 10.86% | NA | 0.07% | NA |
| [19] | 11 to 15 | 1.87% | 3.52% | NA | 83.73% | NA | 41.21% | 41.15% | NA | 0.63% | NA |
| [20] | 16 to 20 | 0.00% | 0.88% | NA | 7.84% | NA | 12.09% | 35.36% | NA | 15.74% | NA |
| [21] | 21 to 25 | 54.26% | 34.50% | NA | 79.11% | NA | 84.51% | 74.57% | NA | 2.20% | NA |
| [22] | 26 to 30 | 2.09% | 13.51% | NA | 49.74% | NA | 38.04% | 56.22% | NA | 2.59% | NA |
| [23] | Over 30 | 5.98% | 39.58% | NA | 39.33% | NA | | | | 2.91% | NA |

**Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets**
**Panel D: VIX**

| | Seconds to Cancel | Number of Orders | Total Contracts Entered | Total Contracts Exposed | Average Contract Size | Average Exposed Size | Number of Orders Per 5 Seconds | Number of Contracts Per 5 Seconds | Number of Exposed Contracts Per 5 Seconds | Percent of Contracts that are Iceberg | Percent of Contracts that are Exposed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | | | | | | *Same Side as Impending Cancel* | | | | | | |
| [1] | 1 to 5 | 1,878 | 185,997 | NA | 99.0 | NA | 1.99 | 197.24 | NA | NA | NA |
| [2] | 6 to 10 | 869 | 85,731 | NA | 98.7 | NA | 0.97 | 95.36 | NA | NA | NA |
| [3] | 11 to 15 | 642 | 56,079 | NA | 87.4 | NA | 0.78 | 68.56 | NA | NA | NA |
| [4] | 16 to 20 | 425 | 41,769 | NA | 98.3 | NA | 0.56 | 55.18 | NA | NA | NA |
| [5] | 21 to 25 | 345 | 38,387 | NA | 111.3 | NA | 0.49 | 54.68 | NA | NA | NA |
| [6] | 26 to 30 | 257 | 23,248 | NA | 90.5 | NA | 0.39 | 35.39 | NA | NA | NA |
| [7] | Over 30 | 3,405 | 387,024 | NA | 113.7 | NA | . | . | . | NA | NA |
| [8] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.00% | 0.00% | NA | NA | NA |
| | | | | | | *Opposite Side as Impending Cancel* | | | | | | |
| [9] | 1 to 5 | 41 | 3,800 | NA | 92.7 | NA | 0.04 | 4.03 | NA | NA | NA |
| [10] | 6 to 10 | 92 | 12,316 | NA | 133.9 | NA | 0.10 | 13.70 | NA | NA | NA |
| [11] | 11 to 15 | 95 | 9,185 | NA | 96.7 | NA | 0.12 | 11.23 | NA | NA | NA |
| [12] | 16 to 20 | 71 | 5,214 | NA | 73.4 | NA | 0.09 | 6.89 | NA | NA | NA |
| [13] | 21 to 25 | 60 | 7,479 | NA | 124.7 | NA | 0.09 | 10.65 | NA | NA | NA |
| [14] | 26 to 30 | 50 | 4,850 | NA | 97.0 | NA | 0.08 | 7.38 | NA | NA | NA |
| [15] | Over 30 | 2,334 | 207,665 | NA | 89.0 | NA | . | . | . | NA | NA |
| [16] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.91% | 3.38% | NA | NA | NA |
| | | | | | | *Test for Hypothesis that Same Side Equals Opposite Side (p-values)* | | | | | | |
| [17] | 1 to 5 | 0.00% | 0.00% | NA | 0.00% | NA | 0.00% | 0.00% | NA | NA | NA |
| [18] | 6 to 10 | 0.00% | 0.00% | NA | 2.25% | NA | 0.00% | 0.00% | NA | NA | NA |
| [19] | 11 to 15 | 0.00% | 0.00% | NA | 49.74% | NA | 0.00% | 0.00% | NA | NA | NA |
| [20] | 16 to 20 | 0.00% | 0.00% | NA | 15.71% | NA | 0.00% | 0.00% | NA | NA | NA |
| [21] | 21 to 25 | 0.00% | 0.00% | NA | 54.42% | NA | 0.00% | 0.00% | NA | NA | NA |
| [22] | 26 to 30 | 0.00% | 0.00% | NA | 72.36% | NA | 0.00% | 0.00% | NA | NA | NA |
| [23] | Over 30 | 0.00% | 0.00% | NA | 0.00% | NA | | | | NA | NA |

**Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets**
**Panel E: E-Mini, Jun. 2013**

| | Seconds to Cancel | Number of Orders | Total Contracts Entered | Total Contracts Exposed | Average Contract Size | Average Exposed Size | Number of Orders Per 5 Seconds | Number of Contracts Per 5 Seconds | Number of Exposed Contracts Per 5 Seconds | Percent of Contracts that are Iceberg | Percent of Contracts that are Exposed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | | | | | *Same Side as Impending Cancel* | | | | | | |
| [1] | 1 to 5 | 974 | 109,271 | 100,252 | 112.2 | 102.9 | 5.21 | 584.34 | 536.11 | 9.18% | 91.75% |
| [2] | 6 to 10 | 572 | 74,513 | 54,923 | 130.3 | 96.0 | 3.29 | 428.24 | 315.65 | 28.50% | 73.71% |
| [3] | 11 to 15 | 274 | 44,909 | 29,515 | 163.9 | 107.7 | 2.03 | 332.66 | 218.63 | 37.09% | 65.72% |
| [4] | 16 to 20 | 138 | 22,183 | 16,019 | 160.7 | 116.1 | 1.30 | 209.27 | 151.12 | 30.20% | 72.21% |
| [5] | 21 to 25 | 122 | 12,197 | 11,532 | 100.0 | 94.5 | 1.33 | 132.58 | 125.35 | 5.85% | 94.55% |
| [6] | 26 to 30 | 129 | 16,722 | 10,705 | 129.6 | 83.0 | 1.45 | 187.89 | 120.28 | 38.59% | 64.02% |
| [7] | Over 30 | 937 | 150,275 | 107,239 | 160.4 | 114.4 | . | . | . | 31.17% | 71.36% |
| [8] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| | | | | | *Opposite Side as Impending Cancel* | | | | | | |
| [9] | 1 to 5 | 49 | 23,476 | 10,227 | 479.1 | 208.7 | 0.26 | 125.54 | 54.69 | 60.97% | 43.56% |
| [10] | 6 to 10 | 67 | 31,728 | 12,058 | 473.6 | 180.0 | 0.39 | 182.34 | 69.30 | 66.72% | 38.00% |
| [11] | 11 to 15 | 120 | 30,216 | 17,712 | 251.8 | 147.6 | 0.89 | 223.82 | 131.20 | 45.10% | 58.62% |
| [12] | 16 to 20 | 56 | 12,306 | 5,533 | 219.8 | 98.8 | 0.53 | 116.09 | 52.20 | 59.39% | 44.96% |
| [13] | 21 to 25 | 61 | 14,804 | 9,387 | 242.7 | 153.9 | 0.66 | 160.91 | 102.03 | 40.59% | 63.41% |
| [14] | 26 to 30 | 61 | 14,655 | 9,847 | 240.2 | 161.4 | 0.69 | 164.66 | 110.64 | 35.81% | 67.19% |
| [15] | Over 30 | 851 | 140,505 | 90,271 | 165.1 | 106.1 | . | . | . | 39.35% | 64.25% |
| [16] | P-Value, All Less Than 30 Seconds Equal | | | | | | 1.01% | 11.83% | 8.71% | 28.67% | 27.33% |
| | | | | | *Test for Hypothesis that Same Side Equals Opposite Side (p-values)* | | | | | | |
| [17] | 1 to 5 | 0.00% | 0.00% | 0.00% | 0.00% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| [18] | 6 to 10 | 0.00% | 0.00% | 0.00% | 0.00% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| [19] | 11 to 15 | 0.00% | 0.00% | 0.00% | 0.40% | 7.55% | 0.05% | 3.08% | 2.70% | 11.26% | 12.69% |
| [20] | 16 to 20 | 0.00% | 0.00% | 0.00% | 16.37% | 55.36% | 0.94% | 5.46% | 0.32% | 0.00% | 0.00% |
| [21] | 21 to 25 | 0.00% | 19.23% | 16.60% | 0.00% | 3.77% | 6.79% | 55.34% | 56.95% | 0.00% | 0.00% |
| [22] | 26 to 30 | 0.00% | 36.52% | 56.64% | 0.42% | 0.33% | 4.27% | 70.24% | 83.19% | 69.45% | 62.80% |
| [23] | Over 30 | 4.19% | 15.54% | 0.03% | 70.15% | 35.61% | | | | 0.03% | 0.06% |

**Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets**
**Panel F: E-Mini, Dec. 2013/Jan. 2014**

| | Seconds to Cancel | Number of Orders | Total Contracts Entered | Total Contracts Exposed | Average Contract Size | Average Exposed Size | Number of Orders Per 5 Seconds | Number of Contracts Per 5 Seconds | Number of Exposed Contracts Per 5 Seconds | Percent of Contracts that are Iceberg | Percent of Contracts that are Exposed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | **Same Side as Impending Cancel** | | | | | | | | | | |
| [1] | 1 to 5 | 3,150 | 1,037,527 | 1,036,616 | 329.4 | 329.1 | 1.43 | 470.53 | 470.12 | 0.13% | 99.91% |
| [2] | 6 to 10 | 1,576 | 447,158 | 438,115 | 283.7 | 278.0 | 0.92 | 261.04 | 255.76 | 2.58% | 97.98% |
| [3] | 11 to 15 | 997 | 306,571 | 299,072 | 307.5 | 300.0 | 0.72 | 220.40 | 215.01 | 3.03% | 97.55% |
| [4] | 16 to 20 | 678 | 202,277 | 196,489 | 298.3 | 289.8 | 0.58 | 172.89 | 167.94 | 3.50% | 97.14% |
| [5] | 21 to 25 | 506 | 165,989 | 163,245 | 328.0 | 322.6 | 0.50 | 165.16 | 162.43 | 1.95% | 98.35% |
| [6] | 26 to 30 | 411 | 132,906 | 129,362 | 323.4 | 314.7 | 0.47 | 151.72 | 147.67 | 3.19% | 97.33% |
| [7] | Over 30 | 2,939 | 886,445 | 860,882 | 301.6 | 292.9 | . | . | . | 3.48% | 97.12% |
| [8] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| | **Opposite Side as Impending Cancel** | | | | | | | | | | |
| [9] | 1 to 5 | 877 | 316,242 | 309,121 | 360.6 | 352.5 | 0.40 | 143.42 | 140.19 | 2.82% | 97.75% |
| [10] | 6 to 10 | 656 | 259,773 | 247,375 | 396.0 | 377.1 | 0.38 | 151.65 | 144.41 | 6.00% | 95.23% |
| [11] | 11 to 15 | 516 | 184,023 | 171,658 | 356.6 | 332.7 | 0.37 | 132.30 | 123.41 | 8.13% | 93.28% |
| [12] | 16 to 20 | 465 | 159,525 | 145,683 | 343.1 | 313.3 | 0.40 | 136.35 | 124.52 | 11.18% | 91.32% |
| [13] | 21 to 25 | 381 | 125,383 | 117,451 | 329.1 | 308.3 | 0.38 | 124.76 | 116.87 | 7.76% | 93.67% |
| [14] | 26 to 30 | 278 | 91,010 | 85,111 | 327.4 | 306.2 | 0.32 | 103.89 | 97.16 | 8.02% | 93.52% |
| [15] | Over 30 | 2,459 | 752,477 | 713,944 | 306.0 | 290.3 | . | . | . | 6.40% | 94.88% |
| [16] | P-Value, All Less Than 30 Seconds Equal | | | | | | 35.78% | 31.69% | 11.81% | 0.02% | 0.02% |
| | **Test for Hypothesis that Same Side Equals Opposite Side (p-values)** | | | | | | | | | | |
| [17] | 1 to 5 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.48% | 0.06% | 0.00% | 0.00% |
| [18] | 6 to 10 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| [19] | 11 to 15 | 0.00% | 0.00% | 0.00% | 4.40% | 17.14% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| [20] | 16 to 20 | 0.00% | 0.00% | 0.00% | 8.70% | 35.97% | 0.05% | 3.05% | 0.73% | 0.00% | 0.00% |
| [21] | 21 to 25 | 0.00% | 0.00% | 0.00% | 97.27% | 63.68% | 1.60% | 2.32% | 0.90% | 0.00% | 0.00% |
| [22] | 26 to 30 | 0.00% | 0.00% | 0.00% | 90.90% | 80.28% | 0.28% | 0.67% | 0.35% | 0.48% | 0.67% |
| [23] | Over 30 | 0.00% | 0.00% | 0.00% | 71.72% | 82.90% | | | | 0.00% | 0.00% |

**Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets**
**Panel G: E-Mini, Sep. 2014**

| | Seconds to Cancel | Number of Orders | Total Contracts Entered | Total Contracts Exposed | Average Contract Size | Average Exposed Size | Number of Orders Per 5 Seconds | Number of Contracts Per 5 Seconds | Number of Exposed Contracts Per 5 Seconds | Percent of Contracts that are Iceberg | Percent of Contracts that are Exposed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | *Same Side as Impending Cancel* | | | | | | | | | | |
| [1] | 1 to 5 | 126 | 20,992 | 20,852 | 166.6 | 165.5 | 2.21 | 368.28 | 365.82 | 1.91% | 99.33% |
| [2] | 6 to 10 | 60 | 8,235 | 7,434 | 137.3 | 123.9 | 1.28 | 175.21 | 158.17 | 12.94% | 90.27% |
| [3] | 11 to 15 | 24 | 4,470 | 4,425 | 186.3 | 184.4 | 0.60 | 111.75 | 110.63 | 1.12% | 98.99% |
| [4] | 16 to 20 | 12 | 4,237 | 2,714 | 353.1 | 226.2 | 0.32 | 114.51 | 73.35 | 36.18% | 64.05% |
| [5] | 21 to 25 | 10 | 2,547 | 2,219 | 254.7 | 221.9 | 0.29 | 72.77 | 63.40 | 13.07% | 87.12% |
| [6] | 26 to 30 | 11 | 1,456 | 1,456 | 132.4 | 132.4 | 0.34 | 45.50 | 45.50 | 0.00% | 100.00% |
| [7] | Over 30 | 252 | 42,692 | 36,270 | 169.4 | 143.9 | . | . | . | 18.22% | 84.96% |
| [8] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.00% | 0.00% | 0.00% | 1.90% | 0.95% |
| | *Opposite Side as Impending Cancel* | | | | | | | | | | |
| [9] | 1 to 5 | 10 | 2,226 | 707 | 222.6 | 70.7 | 0.18 | 39.05 | 12.40 | 80.82% | 31.76% |
| [10] | 6 to 10 | 8 | 1,584 | 983 | 198.0 | 122.9 | 0.17 | 33.70 | 20.91 | 54.67% | 62.06% |
| [11] | 11 to 15 | 7 | 2,011 | 955 | 287.3 | 136.4 | 0.18 | 50.28 | 23.88 | 53.01% | 47.49% |
| [12] | 16 to 20 | 16 | 1,829 | 1,511 | 114.3 | 94.4 | 0.43 | 49.43 | 40.84 | 31.88% | 82.61% |
| [13] | 21 to 25 | 3 | 750 | 750 | 250.0 | 250.0 | 0.09 | 21.43 | 21.43 | 0.00% | 100.00% |
| [14] | 26 to 30 | 4 | 1,466 | 1,421 | 366.5 | 355.3 | 0.13 | 45.81 | 44.41 | 3.41% | 96.93% |
| [15] | Over 30 | 251 | 39,574 | 30,851 | 157.7 | 122.9 | . | . | . | 23.58% | 77.96% |
| [16] | P-Value, All Less Than 30 Seconds Equal | | | | | | 82.83% | 96.57% | 34.04% | 2.77% | 3.43% |
| | *Test for Hypothesis that Same Side Equals Opposite Side (p-values)* | | | | | | | | | | |
| [17] | 1 to 5 | 0.00% | 0.00% | 0.00% | 0.00% | 21.45% | 0.00% | 0.63% | 0.00% | 0.00% | 0.00% |
| [18] | 6 to 10 | 0.00% | 0.00% | 0.00% | 37.09% | 98.65% | 0.50% | 0.09% | 0.03% | 0.11% | 0.69% |
| [19] | 11 to 15 | 0.12% | 3.22% | 0.00% | 26.42% | 57.63% | 3.82% | 15.47% | 2.87% | 0.01% | 0.01% |
| [20] | 16 to 20 | 45.97% | 3.30% | 13.44% | 0.68% | 3.44% | 67.03% | 16.55% | 34.42% | 83.41% | 31.52% |
| [21] | 21 to 25 | 4.70% | 4.38% | 7.21% | 97.77% | 87.17% | 12.65% | 13.96% | 21.49% | 55.20% | 55.20% |
| [22] | 26 to 30 | 6.84% | 99.00% | 96.43% | 9.54% | 11.81% | 28.45% | 99.51% | 98.27% | 64.04% | 64.04% |
| [23] | Over 30 | 96.45% | 39.58% | 7.01% | 54.50% | 20.78% | | | | 13.89% | 3.64% |

**Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets**
**Panel H: E-Mini, Apr./May 4, 2015**

| | Seconds to Cancel | Number of Orders | Total Contracts Entered | Total Contracts Exposed | Average Contract Size | Average Exposed Size | Number of Orders Per 5 Seconds | Number of Contracts Per 5 Seconds | Number of Exposed Contracts Per 5 Seconds | Percent of Contracts that are Iceberg | Percent of Contracts that are Exposed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | | | | | | **Same Side as Impending Cancel** | | | | | |
| [1] | 1 to 5 | 1,517 | 347,817 | 161,283 | 229.3 | 106.3 | 2.66 | 610.21 | 282.95 | 81.40% | 46.37% |
| [2] | 6 to 10 | 630 | 158,132 | 73,236 | 251.0 | 116.2 | 1.29 | 324.71 | 150.38 | 78.74% | 46.31% |
| [3] | 11 to 15 | 390 | 106,670 | 46,821 | 273.5 | 120.1 | 0.94 | 258.28 | 113.37 | 80.55% | 43.89% |
| [4] | 16 to 20 | 205 | 54,635 | 23,554 | 266.5 | 114.9 | 0.59 | 157.00 | 67.68 | 81.35% | 43.11% |
| [5] | 21 to 25 | 132 | 41,874 | 16,342 | 317.2 | 123.8 | 0.42 | 133.36 | 52.04 | 84.98% | 39.03% |
| [6] | 26 to 30 | 114 | 31,518 | 13,261 | 276.5 | 116.3 | 0.42 | 116.30 | 48.93 | 82.21% | 42.07% |
| [7] | Over 30 | 1,257 | 309,492 | 126,251 | 246.2 | 100.4 | . | . | . | 83.49% | 40.79% |
| [8] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.00% | 0.00% | 0.00% | 63.82% | 12.31% |
| | | | | | | **Opposite Side as Impending Cancel** | | | | | |
| [9] | 1 to 5 | 78 | 28,005 | 9,685 | 359.0 | 124.2 | 0.14 | 49.13 | 16.99 | 91.06% | 34.58% |
| [10] | 6 to 10 | 198 | 64,202 | 24,523 | 324.3 | 123.9 | 0.41 | 131.83 | 50.36 | 86.77% | 38.20% |
| [11] | 11 to 15 | 150 | 45,019 | 16,088 | 300.1 | 107.3 | 0.36 | 109.00 | 38.95 | 84.86% | 35.74% |
| [12] | 16 to 20 | 109 | 39,267 | 12,899 | 360.2 | 118.3 | 0.31 | 112.84 | 37.07 | 88.51% | 32.85% |
| [13] | 21 to 25 | 109 | 38,241 | 13,919 | 350.8 | 127.7 | 0.35 | 121.79 | 44.33 | 88.62% | 36.40% |
| [14] | 26 to 30 | 83 | 31,233 | 11,385 | 376.3 | 137.2 | 0.31 | 115.25 | 42.01 | 88.86% | 36.45% |
| [15] | Over 30 | 1,220 | 333,954 | 125,190 | 273.7 | 102.6 | . | . | . | 85.74% | 37.49% |
| [16] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.00% | 0.00% | 0.00% | 41.26% | 70.20% |
| | | | | | | **Test for Hypothesis that Same Side Equals Opposite Side (p-values)** | | | | | |
| [17] | 1 to 5 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| [18] | 6 to 10 | 0.00% | 0.00% | 0.00% | 1.35% | 35.70% | 0.00% | 0.00% | 0.00% | 0.75% | 0.05% |
| [19] | 11 to 15 | 0.00% | 0.00% | 0.00% | 47.69% | 20.15% | 0.00% | 0.00% | 0.00% | 23.60% | 0.54% |
| [20] | 16 to 20 | 0.00% | 0.36% | 0.00% | 2.83% | 77.55% | 0.02% | 8.61% | 0.07% | 8.55% | 0.33% |
| [21] | 21 to 25 | 13.88% | 48.26% | 21.46% | 53.98% | 78.07% | 30.66% | 67.87% | 42.76% | 40.78% | 49.26% |
| [22] | 26 to 30 | 2.68% | 94.94% | 28.65% | 7.05% | 15.19% | 16.34% | 96.86% | 48.69% | 18.67% | 18.29% |
| [23] | Over 30 | 45.73% | 5.85% | 83.37% | 6.01% | 60.14% | | | | 12.03% | 0.71% |

## Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets
### Panel I: 10-Year Treasury Note

| | Seconds to Cancel | Number of Orders | Total Contracts Entered | Total Contracts Exposed | Average Contract Size | Average Exposed Size | Number of Orders Per 5 Seconds | Number of Contracts Per 5 Seconds | Number of Exposed Contracts Per 5 Seconds | Percent of Contracts that are Iceberg | Percent of Contracts that are Exposed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| | **Same Side as Impending Cancel** | | | | | | | | | | |
| [1] | 1 to 5 | 105 | 19,201 | 11,668 | 182.9 | 111.1 | 1.98 | 362.28 | 220.15 | 53.17% | 60.77% |
| [2] | 6 to 10 | 60 | 12,473 | 6,588 | 207.9 | 109.8 | 1.18 | 244.57 | 129.18 | 53.51% | 52.82% |
| [3] | 11 to 15 | 46 | 12,340 | 5,131 | 268.3 | 111.5 | 0.94 | 251.84 | 104.71 | 69.42% | 41.58% |
| [4] | 16 to 20 | 31 | 5,819 | 3,286 | 187.7 | 106.0 | 0.65 | 121.23 | 68.46 | 50.40% | 56.47% |
| [5] | 21 to 25 | 38 | 8,974 | 4,071 | 236.2 | 107.1 | 0.81 | 190.94 | 86.62 | 65.37% | 45.36% |
| [6] | 26 to 30 | 25 | 7,830 | 2,677 | 313.2 | 107.1 | 0.54 | 170.22 | 58.20 | 73.50% | 34.19% |
| [7] | Over 30 | 820 | 225,391 | 82,938 | 274.9 | 101.1 | . | . | . | 71.96% | 36.80% |
| [8] | P-Value, All Less Than 30 Seconds Equal | | | | | | 0.01% | 3.82% | 0.01% | 30.92% | 6.66% |
| | **Opposite Side as Impending Cancel** | | | | | | | | | | |
| [9] | 1 to 5 | 8 | 6,375 | 753 | 796.9 | 94.1 | 0.15 | 120.28 | 14.21 | 98.26% | 11.81% |
| [10] | 6 to 10 | 9 | 3,599 | 876 | 399.9 | 97.3 | 0.18 | 70.57 | 17.18 | 78.41% | 24.34% |
| [11] | 11 to 15 | 25 | 9,053 | 2,528 | 362.1 | 101.1 | 0.51 | 184.76 | 51.59 | 79.16% | 27.92% |
| [12] | 16 to 20 | 21 | 7,948 | 2,087 | 378.5 | 99.4 | 0.44 | 165.58 | 43.48 | 81.84% | 26.26% |
| [13] | 21 to 25 | 19 | 7,021 | 1,862 | 369.5 | 98.0 | 0.40 | 149.38 | 39.62 | 81.97% | 26.52% |
| [14] | 26 to 30 | 11 | 1,221 | 1,221 | 111.0 | 111.0 | 0.24 | 26.54 | 26.54 | 0.00% | 100.00% |
| [15] | Over 30 | 816 | 217,950 | 83,326 | 267.1 | 102.1 | . | . | . | 71.31% | 38.23% |
| [16] | P-Value, All Less Than 30 Seconds Equal | | | | | | 23.19% | 99.17% | 24.05% | 18.83% | 25.11% |
| | **Test for Hypothesis that Same Side Equals Opposite Side (p-values)** | | | | | | | | | | |
| [17] | 1 to 5 | 0.00% | 6.24% | 0.00% | 0.00% | 0.00% | 0.02% | 31.33% | 0.00% | 0.00% | 0.00% |
| [18] | 6 to 10 | 0.00% | 0.00% | 0.00% | 11.99% | 14.08% | 0.00% | 2.51% | 0.00% | 8.16% | 2.89% |
| [19] | 11 to 15 | 1.17% | 19.75% | 0.35% | 34.21% | 4.46% | 23.70% | 50.53% | 19.55% | 36.52% | 15.64% |
| [20] | 16 to 20 | 16.77% | 26.89% | 10.82% | 6.23% | 22.37% | 43.14% | 61.33% | 37.39% | 1.54% | 1.03% |
| [21] | 21 to 25 | 1.06% | 36.12% | 0.40% | 21.19% | 16.75% | 28.74% | 67.73% | 25.17% | 16.87% | 7.95% |
| [22] | 26 to 30 | 1.74% | 0.00% | 2.28% | 13.22% | 72.67% | 22.02% | 5.01% | 24.14% | 0.11% | 0.14% |
| [23] | Over 30 | 92.13% | 49.74% | 92.48% | 67.52% | 48.86% | | | | 77.25% | 47.71% |

**Table 2 Extended: Oystacher Order Entry by Seconds to Next Flip, 5-Second Buckets**

**Notes:**

(a)  Includes all orders entered in a given 5-second window before an impending flip.

(b)  Opposite side orders entered from 0.000 to 0.002 seconds before the flip are excluded, so that opposite side does not include flip entries.

(c)  The 1 to 5 Seconds to Cancel category includes orders entered before any cancel event, up to and including 5 seconds before any cancel event. The 6 to 10 Seconds to Cancel category includes orders entered more than 5 seconds before any cancel event, up to and including 10 seconds before any cancel event. Analogously for the other Seconds to Cancel categories.

(d)  Per 5 Seconds data as well as Percent of Contracts that are Iceberg and Percent of Contracts that are Exposed are adjusted for number of flip events and also for the fact that shorter times to cancel occur more frequently.

(e)  For the panels labeled Same Side as Impeding Cancel and Opposite Side as Impeding Cancel, the P-Value is for the hypothesis that the given statistic for the 1 to 5 Seconds to Cancel category is equal to the respective metric for 6 to 30 Seconds to Cancel categories.

(f)  Percent Iceberg is weighted by total size of the order, and should be interpreted as percent of contracts entered with icebergs.

**Source:** Order Messaging Data.

**Addendum to Appendix B: Materials Considered**

In addition to the documents considered and cited on appendix B of my original report, I relied on:

    Expert Report of Daniel R. Fischel, February 26, 2016
    Expert Report of Jerry W. Markham, February 26, 2016

In addition, I studied datasets with the following file names.

    RAPID_ZNH6_20160201_PASSMAN.dat-2016-02-11.ready
    RAPID_ZNH6_20160202.dat-2016-02-05.ready
    ARMADA_ZNH6_20160201_PASSMAN.csv-2016-02-11.ready
    ARMADA_ZNH6_20160202.csv-2016-02-05.ready