UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IGOR B. OYSTACHER and 3RED TRADING LLC,<br><br>Defendants. | Case No. 15-cv-9196<br><br>Hon. Amy J. St. Eve |

## AFFIDAVIT OF GREGORY O'CONNOR

Pursuant to the Court's December 20, 2016 Consent Order of Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Igor B. Oystacher and 3 Red Trading LLC (the "Consent Order") (ECF No. 287), I submit this Affidavit.

1. I am over 18-years old, of sound mind, and competent to submit this Affidavit.

2. Since July 2013, I have worked as 3Red Trading LLC's ("3Red") Chief Compliance Officer. In that capacity, I personally monitor Mr. Oystacher's trading on a regular basis and manage 3Red's trading-compliance tools.

3. The Dynamic Max Quantity at Price Tool was in effect for Mr. Oystacher's futures trading on all U.S. exchanges through June 20, 2018, and to the best of my knowledge it functioned as anticipated from the date of the entry of the Consent Order.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ To the best of my knowledge, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Mr. Oystacher's futures trading did not violate the Dynamic Max Quantity at Price Tool from the date of the entry of the Consent Order through June 20, 2018.

4. The Delayed Replace for Cancel/Replace Tool was in effect for Mr. Oystacher's futures trading on all U.S. exchanges through June 20, 2018, and to the best of my knowledge it functioned as anticipated from the date of the entry of the Consent Order ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ To the best of my knowledge, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Mr. Oystacher's futures trading did not violate the Delayed Replace for Cancel/Replace Tool from the date of the entry of the Consent Order through June 20, 2018.

Dated: June 21, 2018
Chicago, Illinois

*/s/ Gregory O'Connor*
Gregory O'Connor

Sworn to before me this 21st day of June, 2018.

*/s/ Morgan Deval*
Notary Public



MORGAN DEVAL
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 17, 2020